# EXHIBIT M

Peter Bauer



Peter Bauer █████████████ Reichenau

## Statement

I know Mr. Oliver Söhngen approximately since he was 16 years old. I have met him repeatedly through my different professional functions.

- as teacher in the field of music at the Alexander-Von-Humboldt-Gymnasium in Konstanz, at which he took part in the choir and the Instrumental-AG and from which he also graduated High School in 1984.

- as Music Director at the University of Konstanz and conductor of the university orchestra, in which Oliver Söhngen occasionally participated as double bass player during his studies at the pedagogic/educational college and

- as Artistic Director and conductor of the Chamber Opera in Konstanz, in which Oliver Söhngen participated first as double bass player, and later - during his vocal studies in the USA - as singer in the choir and at last also as soloist singer of some smaller opera roles.

During such varied musical contacts and including the customary student-teacher relationship, beyond that he and I developed, over a time period of about 15 years a relationship in which it was possible

for me through private conversations and observations to create a picture of a complex, many times headstrong and inconsistently argumentative but artistically multiple talented (not just musically but also in the field of Fine Arts), open minded young man. He was for a long time on a quest, both artistically, professionally and personally for a secure hold and his own way to achieve this.

Particularly in his musical activities Oliver had shown early on as a student a maturity far beyond his age and a keen interest for a musical education.

He devoted himself to his studies first at the Pedagogic University, with the main emphasis on music, and especially later in the USA with his vocal studies as far as I remember with increasing consistency and intensity. He brought his developing professional capability and enthusiastic participation to the projects lead by me in a reliable and professional manner. During and apart from the rehearsals he looked eagerly for a dialog with me both musically and personally in a very pleasant manner. The social contacts with the other participants were less pronounced. Perhaps because of the experiences from his early youth.

I learned about him becoming a father in his early youth when he was still a student incidentally, I had the impression he faced the situation very responsibly and sought to maintain contact with his child

in Germany even from afar in the USA. (Several of the bookings in the chamber opera Konstanz that I directed took place because he wished to earn enough money for a visit of his family.)

I had the impression that because of the difficult relationship with his father, (who raised him alone for a time) his development as a human being was made harder. It was my impression that he was dependent on him both emotionally and somewhat intellectually for a long time. His fathers strange behavior and ideas were characterized by an often preposterous religious devotion. This was a heavy burden on Oliver and forced him to try to find excuses occasionally when facing his peers. ( One example: During an opera production in which Oliver participated, a stranger repeatedly and routinely ripped down dozens of posters that advertised this opera. Eventually a cast member was able to catch the culprit and with help of the summoned police identified him as Oliver's father. Oliver's explanation for this behavior was that his father in his religious zeal felt that the title "The Sinful Angels" was blasphemous and had tried to forbid his son, who was an adult at this point, to participate in this production. )

Over the years my wife and myself during personal meetings witnessed Oliver growing into a well-balanced, stable, polite and gentle young man. We both regretted that the relationship with him during the last years had suffered because of the geographical distance.

Peter Bauer

Konstanz, 10.09.2017

# EXHIBIT N





## THE CLEVELAND INSTITUTE OF MUSIC

## CASE WESTERN RESERVE UNIVERSITY

On the recommendation of

The University Faculty and the Faculty of The Institute

The Trustees of The University and The Trustees of The Institute

have admitted

# Oliver Söhngen

to the Degree of

## Master of Music

Given at Cleveland Ohio May thirteenth Nineteen Hundred Ninety Five

THE CLEVELAND INSTITUTE OF MUSIC

*President of the Institute*

*Chairman of the Board of Trustees*

CASE WESTERN RESERVE UNIVERSITY

*President of the University*

*Secretary of the Board of Trustees*

 

## THE CLEVELAND INSTITUTE OF MUSIC

## CASE WESTERN RESERVE UNIVERSITY

On the recommendation of

The University Faculty and the Faculty of The Institute

The Trustees of The University and The Trustees of The Institute

have admitted

# Oliver M Söhngen

to the Degree of

## Bachelor of Music

Given at Cleveland Ohio May twenty first Nineteen Hundred Ninety Four

THE CLEVELAND INSTITUTE OF MUSIC

*David Cerone*
President of the Institute

*Richard W. Pogue*
Chairman of the Board of Trustees

CASE WESTERN RESERVE UNIVERSITY

*Agnar Pytte*
President of the University

*Nancy J. Cunningham*
Secretary of the Board of Trustees

EXHIBIT O

# JAMES A. LEVIN

Attorney-At-Law

November 29, 2017

To the Honorable Judge Kaplan
United States District Court
Brooklyn, New York

Re: Mitigation of Sentence Regarding Oliver Sohngen

Dear Judge Kaplan:

By way of introduction, I am an practicing attorney in Cleveland, Ohio, but more relevant to the subject matter, I am the Founding Director of the Cleveland Public Theatre (CPT), a thriving non-profit theatre located in Cleveland. I served as its Executive and Artistic Director from its inception in 1982 until 2004. I am also married and a father of 3 (ages 18 to 21).

I met Oliver Sohngen through my work at CPT in the early 1990's. When I consider his multi-skilled contribution to our work, I immediately think of the expression "Renaissance Man." He is a highly developed artist, unique in his sophisticated skills in both the visual arts (terrific set designer) and audio (very accomplished music director and composer). He contributed award-winning artistic support of many of CPT's most acclaimed productions throughout the 1990s.

In addition to a professional relationship, Oliver was a friend and, technically, a "tenant." At the time my family and I lived on the third floor of a warehouse in (now) trendy area of Cleveland, Ohio City. Oliver lived in an efficiency apartment (formerly an office) on the first floor. I had no compunction leaving Oliver when I was out of town, times during which he would house-sit, pet-sit and occasionally baby-sit. At no time did I suspect any untoward behavior and Oliver always conducted himself with honor and integrity, both professionally and personally.

I am peripherally aware of the criminal behavior involving Oliver Sohngen and, of course, am shocked and disappointed. However, please note that while in Cleveland, Oliver maintained the highest reputation and served his artistic projects and the community of artists with great skill and devotion.

Thank you for considering this aspect of Oliver Sohngen's past and personality.

Yours truly,

James Levin

# EXHIBIT P

November 12, 2017

To the Honorable Judge Kaplan:

Re: Oliver Sohngen

i was a theater critic in Cleveland Ohio for many years and reviewed several hundred productions. Cleveland is not New York and anyone with real talent, creativity, and skill for innovation soon rises to notice in this town.

While the technical side of theater is not my forte, Oliver Sohngen's ingenious creations could not miss a thumb through the program to discover who was creating such imaginative work. This work was often in theaters where the entire budget for the production was the cost of a couple of wigs at the larger venues.

Eventually I had the experience of meeting the (at that time) young designer through my friend Jan Bruml, a local director. Oliver and I were on friendly terms throughout most of his time in Cleveland and I found him amusing, likable, and amazingly creative and inventive.

I told him what we in Cleveland tell all our young talent, "You ought to go to New York." Several years later he found his way there and managed successfully.

I do not have any idea why he did what he did, but hearing he has gotten himself into difficulties has distressed me. He is a kind, thoughtful, creative individual and from what I recall rather a workaholic. His friends here are saddened greatly and hate to see such a creative light be snuffed out.

Sincerely,

Keith A. Joseph

EXHIBIT Q

October 25, 1917

To the Honorable Judge Kaplan:

This letter concerns Oliver Sohngen who I met while he was studying voice at Cleveland Music Institute. Our friendship began as we wrote songs together for a band with which he was performing in venues around Cleveland. This would have been in the late eighties or early nineties.

I was working in the theater and teaching at that time and have since retired. Oliver eventually rented a room in my home and lived and worked with my son and I in the theater for several years.

He has an extraordinary talent for set design and the three of us became an award winning team. The opera, Der Kaiser From Atlantis, that Oliver designed and also sang the tenor role, was very successful and again was a real team effort.

He went on to become a designer and worked for several of the local theaters including the Children's Playwriting Festival. At the same time he continued with his music at St. Paul's Episcopal Church singing in the choir and for other occasions.

His work might be considered genius. It certainly is exceptionally creative. For example, he has also designed and built a bass guitar which wraps about the body.

Oliver was always almost hyper sensitive and like other creative people he lives more in his mind then in the world. He would find himself surprised when he banged up against the real world. I almost felt like he needed protection so that he could just get about doing what he does best - being creative.

I have met his wife and children, know of his work with the music school, and know he continues to design. This event in his life has saddened me.

Thank you for taking the time to read and consider this letter. I am sure he is already an awakened and sadder but wiser man.

Sincerely,

Jan E. Bruml

EXHIBIT R



12/23/03

To whom it might concern

This is to certify that Oliver Sohngen SS# ███████, is currently employed at
Serafina on Lafayette at the 393 Lafayette Street location and has been with the
company since August 2000. He is a good employee with secure employment for the
foreseeable future.

Oliver Sohngen has been performing all his tasks as a waiter working an average of 32
hrs per week with earnings of $ 500.00. He reports directly to Letizia Manfredi.

If additional information is required, please feel free to contact me at the number listed
below.

Sincerely,

Alvaro J Isla
Controller
████████

# EXHIBIT S



QUEEN'S NEW YORK SCHOOL OF MUSIC

137-38 NORTHERN BLVD.
FLUSHING, N.Y. 11354

TEL. (718) 358-2916, 445-2000  FAX. (718) 445-1514

Q.N.Y.S.

Non-Profit Organization

## Certification of Teachers

Immigration and Natualization Srvice          Date Dec. 24. 03
Vermont Service Cemter
St Albans VT 05479-0001

Queens New York School of Music
137-38 Northern Blvd
Flushing NY 11354

Oliver Sohngen
SS#▮▮▮▮▮▮▮▮▮
39-10 Croscent St
L.I.C. NY 11101

To Whom it May Concern:

Mr. Oliver Sohngen has been employed by Queens New York School of Music
for about 2 years as a Voice teacher and eartraining teacher.
He teacher classes in the Secondary. College and postgraduate division.
He teaches about 9 and1/2 hours per week for which he is paid $20.00 per
hour.
Mr. Oliver Sohngen is reliable, hardworking teacher, who is well liked by
his students.
Please do not hesitate to contact the undersigned if you have any
questions in this regard.

Very truly yours.

Dr. Paul Y. Moon
President

QUEEN'S NEW YORK
SCHOOL OF MUSIC
137-38 Northern Blvd.
Flushing, N.Y. 11354

# EXHIBIT T

December 26, 2003

To Whom it May Concern:

The singer Oliver Söhngen has been highly recommended to me by his colleagues.  Upon his good reputation I hired him in the beginning of the 2003 season to be singing in weekly church services and additional services on holy days throughout the year.

He is paid $110.00 per service, which consists usually of a one hour rehearsal and one hour of musical offering.  Mr. Sohngen's voice, musical knowledge and professionalism have made him an invaluable part of our musical program and I hope he will be singing for us for a long time to come.

Very truly yours,

Dr. William Maul, Ph.D.
Professor Emeritus State University of New York
Director of Music, Church of the Resurrection, Rye, NY

# EXHIBIT U



November 13ᵗʰ, 2017

Honorable Judge Kaplan,

My name is Demetrios John Tsinopoulos I am 34 years old, and I am a professional opera singer but also am employed for a real estate brokerage. I first met Mr. Sohngen sometime in fall of 2015. I was using one of his studios at the Long Island City Academy of Music for a coaching, with a pianist who was employed by him, but was also my friend. I had heard of him before that encounter, from this friend of mine, but also was aware, of his involvement in Operas as an associate of his, was also my teacher in the past.

Upon our first encounter and conversation regarding my performance and singing in general, I soon got the impression that I was talking to an extremely intelligent, but also a very kind person, as he listened to me and spoke with what seemed like genuine interest and compassion.

Following that initial encounter and some advice that he provided, I was intrigued, and inquired on whether we could meet and discuss singing technique further.  He agreed and soon I began taking lessons with him.

From that point on we would meet 1 to 2 times a week usually during the evenings and slowly we began establishing a teacher student relationship, we also established a friendly one, as he was not the usual voice teacher, giving you 60 minutes and sending you home, but rather our lessons were more like sessions, of teaching and conversing on singing but also music and the arts. Often sessions of 2 and even 3 hours, even though he only charged me for one and a low rate at that. (comparably to what most charge in NYC)

My girlfriend and I decided to invite him over for Christmas of 2015 and he joined us for a wonderful celebration, which further brought as closer.

Within the next year and a half of our friendship we came to feel each other as family, and maybe I came to see somewhat of a father figure in him, and him that of maybe a son in me.

To the most the first aspect of Mr. Sohngen that stands out would be his unquestionable artistic prowess. With his academic excellence, years of professional stage experience, and finally countless students that have entered the highest educational institutions thanks to his teaching, it is easy to see how this could be deduced. However, for me, this is only part of what constitutes Mr. Sohngen's qualities.

The trait that he carries which is equally if not more so extraordinary, definitely is his generosity. In our time and day, a person who will place the student's best interest over the almighty dollar is definitely a rare occurrence. I can speak about this through personal experience, however I know of many others who experienced similar behavior. Mr. Sohngen time and time again, let me pay at a later date, or sometimes not pay at all. He knew of my financial struggles and always told me to come and learn, money comes later. He was more interested in my success than his own financial benefit. He was always was there when I had a question, always supportive and compassionate. I did succeed, and I have him to thank. It was a known fact that he ran his academy with a very loose financial model. People could pay when they had money, and were not subject to non stop pressure or refusal to teach their children as is practiced by so many.

He was a teacher first, an educator, and then an owner. Actions that probably resulted with him being the recipient of the shorter end of the stick in numerous occasions, however that did not shift his stance at all, that education comes above all.

At this point, I find it necessary to express that I am aware of the crimes Mr. Sohngen is being sentenced for, it is very saddening, however I can only speak of the man I met, and have known for these 2 years.

I would like to thank you, your Honor, for taking the time to read my letter, and I apologize for the length however even at this extent, I feel that a lot has been excluded.

I feel privileged to have met Mr. Sohngen, as a teacher, an artist, a friend, and as family, and I believe that any person who would have the opportunity to meet this wonderful man, would quickly see why.

Sincerely,

Demetrios John Tsinopoulos

# EXHIBIT V

November 27th, 2017

Dear Judge Kaplan,

This the hardest thing I have ever had to write.

I have known Oliver for over 15 years and we have one biological child together— a very caring, loving, 11 year old girl, who thinks that her Dad is the best person in the whole world. Oliver has been a wonderful father to her and has tried everything that he could to make her life better than his own upbringing.

He has also been a father to my son, Aaron, when Aaron's biological dad was not capable of being a part of his life because of mental illness and drug-usage. Aaron is now eighteen and Oliver has supported him in every possible way. For that, I am so thankful to Oliver.

Oliver has supported me throughout our life together and he has been a great friend to me. When I became depressed after my son couldn't be with me in America, he took care of me. He paid all the bills, even though he was working as a waiter at the time, and he was always there for me. He encouraged me to not give up and keep trying to get my son with me. He helped me to sponsor my son and now my son is an American citizen.

He encouraged me to go to college and achieve my dreams.  No one else believed in me the way that he did, not even my own parents or other family. My upbringing was abusive- verbally, emotionally, sexually and I was also bullied. This made me think that I incapable and undeserving of success. But Oliver told me that I was worthy and capable constantly and I eventually believed him.

I went to college and graduated with a degree. I am thankful to Oliver for his encouragement and support of my education. His amazing intelligence, creativity and ambition have been an inspiration to me.

Oliver always said that the most precious thing in his life is our daughter and she is so proud of her dad. He has been ever-present and involved in her life from her very beginning. He went to every doctor's appointment and he was there for every birthday. Every year, we did special, creative birthday parties for her on a shoestring budget with items we found or recycled. He built props to suit the theme of her parties and sang songs to celebrate her.

Oliver allowed me to be a stay-at-home mom for the first two years of our daughter's life, while he took on many jobs to support his family. He taught both of our kids music and he elevated them in the community and really bolstered their confidence and their sense of identity.

Oliver was also a very driven professionally. This allowed him to build from the ground up a very successful and thriving music school over a short span of time. He literally built the walls of the

school and installed the doors and almost everything else by himself. The school grew and received many accolades and he was well-respected. The teachers who taught there were hand-picked by him and were the most esteemed. The institution was like a second home to my kids.

In our personal lives however, neither Oliver or I were perfect people. We made our mistakes and we eventually realized that a romantic coupling was not the best idea for us, so we separated in 2013, but we remained fully committed to being the best parents we could to our kids.

This summer, when I found out about the charges that had been lodged against Oliver, I was in disbelief and I still have not gotten over the shock. I have been physically ill by the stress. I take medication and I go to therapy every week because it's like a bomb went off in my life and I am left to pick up the pieces.

It's been really hard because after Oliver was arrested, not many people wanted to continue on at the school because of all the negative publicity surrounding Oliver. This led to the business closing. Oliver was the main provider for our family and now all of the responsibility rests solely on me. I am scared but I can't give up.

Our daughter knows that her dad has been accused of a crime but she doesn't know the details. I have been taking her to a therapist since this all happened because I don't want her to be too traumatized and damaged by this whole situation. I believe that the mind can be damaged by life just like the body and we have to take care of it. She has been bullied by kids who keep asking her, "Where is your dad?" or "Is your dad in jail?" But we have dealt with it and she misses her dad dearly and everything that they did together. She thinks that her dad is the best person on this Earth. He used to teach her to sing and she doesn't want to sing anymore because he isn't around.

I wish you could meet our daughter and hear her talk about her Dad. If you could talk to her, you would understand better what a special bond and relationship they have. She is a great singer, instrumentalist, performer and artist because of her Dad's support. In spite of me having my moments where I felt like Oliver was not present enough or as giving as he should have been, our daughter and son think that their Dad is a wonderful person because he has been kind, generous, loving and patient with them.

Me, as a woman, who wanted a man to be concept of a partner, I found him to be inadequate.
As a broken person that Life had beaten down from a tender age, I found him to be a constant source of strength.
As a friend he was reliable, honest and encouraging.
As a provider he was capable and dependable.
As a human I've found him to be kind, giving, sensitive and considerate.

I have talked to him, written to him, visited him, I have contacted his friends and family and asked them to support him and more. I do this because I believe that people can change and do better once they are shown the error of their ways.

I have seen Oliver give money to homeless people, supported charitable organizations and written numerous letters to help his students to succeed.

Oliver's other great achievement is his music. His voice will reach deep into your soul and shake your emotions. His love for music beats alongside his heart. While in prison he has been organizing choirs and bringing hope and joy to the men who are at their lowest points. He has also been drawing pictures of them with their families from pictures that their families send them. He however cannot have a picture of his own daughter because of the crime he has plead guilty to.

I support Oliver having another chance as a free man in this world. I know that he will never be truly free again because he has to carry the scourge of his crime with him wherever he will go and that, in itself is one of the worse punishments. But that will be a consequence of his egregious actions.

I am still angry at Oliver but I believe him when he says that has never harmed our kids nor any kids at his school and that he is sorry. I also understand consequences and I want him to understand them as well. I want him to do the work that it takes to fix whatever became broken in his life and that led him to make those poor choices. I beg you to have mercy on him and give him another chance to be a better person. I believe that Oliver is a GOOD person who has made terrible mistakes.

Oliver has a family-- in Germany and America-- who love him and who stand by him and who are committed to his recovery. That is an asset to someone in his position and that will also help with his recovery.

I believe that with the right therapy and support Oliver can somehow turn this around and make up for the ill he has done. Please allow Oliver to receive treatment for his misdeeds and give him a chance to be a part of his daughter's life.

Oliver is missed and he is loved. He is apologetic and wishes to make amends. Please grant him the opportunity to make up for his errors.

Sincerely,

Amanda Andries

# EXHIBIT W

November 4, 2017

To the Honorable Judge Kaplan:

My name is Rosa Rodriguez. I am an actress and a singer living in Queens, New York. I work in theater, commercials, and independent film. I have been happily married for over 5 years and my husband is also an actor and a filmmaker. We have no children yet, but plan to start trying in a couple of year. I met Oliver in 2007 when I went to his studio in Queens, which was in a room in his apartment at that time, for my very first singing lesson. At the time, I was a Civil Engineer going to NYU for a Master in Construction Management, and building a career in construction; but my lifelong love for the arts pushed me to try this. It was an illuminating session in which I got a few useful exercises and tips from Oliver. I didn't go back for more lessons until a year later. From then on I saw him once every week for a few months at a time, taking breaks in between periods to re-charge financially. Artistic education can be expensive in New York, but Oliver was always quite flexible with payments and gave me great deals. Throughout the following years, Oliver became not only my instructor and mentor, but also a dear friend: we lived across the street from each other for a few years; he and his family were some of the few friends invited to my intimate destination wedding in Rhode Island; my husband helped him paint his school in Long Island City, when it first started; etc.

I believe Oliver is a gifted individual. He is big and passionate in everything he does, and he has genuine interest in discovering and developing people's vocal talents. He has a knack for helping his students find their voice. His ways of teaching are challenging and encouraging at the same time. I credit him with helping me find my voice and gain confidence in my abilities as a singer. He was one of the main forces behind my growth and transition from my previous career path into working in the arts. He was always very vocal when it came to his belief in my abilities and potential, and introduced me to singers and styles of music that ended up shaping the performer I am today. He is a generous and caring individual, and I have seen him help many others in a similar way. I always thought Oliver was one of the most selfless individuals I knew. Whenever I had a chance to spend some time with him, he went on and on about the achievements of this or that student, and the pride and joy he got out of it was palpable and a beautiful thing to watch.

I believe Oliver has made some terrible mistakes, and I agree that there needs to be serious consequences, reflection, and change on his part. I do not believe, however, that those mistakes negate the tremendous amount of goodness in him. I pray that he gets the opportunity to rehabilitate and reintegrate into society after serving a fair sentence. I have faith in his potential to face his issues and heal.

Thank you so much for reading this note.

Sincerely,

*Rosa Rodriguez*

Rosa Rodriguez

EXHIBIT X

November 11, 2017

To the Honorable Judge Kaplan:

My name is Patrick Avella. I am a professional filmmaker and owner of Room 1209 Productions, a boutique production company based in Long Island City, Queens. I have been happily married for the past 5 year. I have known Oliver for almost 10 years. We met while building a set at The Acting Studio, Inc., where I studied acting and he was the set designer. There were times in our relationship when we would spend long hours together. I can clearly remember spending an overnight stretch of 24-plus hours building a set from Sunday afternoon, working through the evening, and loading into a theatre on Monday morning. He is a hardworking, talented set designer. Being that Oliver was also my neighbor, we lived across the street from each other, our relationship began as professionals but grew very quickly into a personal friendship. His boisterous personality blended well with my native New Yorker blue collar attitude. I would watch his cat while he was away and we would often see each other in the neighborhood and stop to chat.

Oliver is one of the most selfless people I have ever met. His energetic motivation for others to succeed in the arts was a sight to see. He would motivate and charge a person to follow their dreams with his kind words and compliments. Oliver is such an inspirational character that my company conceived and started production of a documentary film about him. We had begun principal photography only days before his arrest, which came as a shocking surprise. The premise of the documentary was an inspirational, extraordinary artist following their dream and heavily involved in their community. What better person to use as a subject than Oliver? I continue to stand by him even after knowing he made these mistakes. I believe a person is not defined by the worst thing they have done.

I appreciate you taking the time to read this letter and trust that your fair judgement will allow Oliver the opportunity to learn and grow from his mistakes and to continue sharing his gifts with the world.

Sincerely,

Patrick Avella

# EXHIBIT Y

October 11, 2017

The Honorable Judge Kaplan
c/o Susan Walsh, Esq.

Dear Judge Kaplan,

My name is Judy Parcels. I am a 74 year old senior citizen. I was probably Oliver Sohngen's oldest voice student. I was studying with him for about a year, from the summer of 2016 to May 2017 at his music school, The Long Island City Academy of Music. I am a retired substitute teacher from the New York City School System, where I served for 27 years. I have a B.A. in Elementary Education and an M.S. in Early Childhood Education. My N.Y. State licenses are in Elementary Education and Secondary School English Language Arts.

I am aware that Oliver Sohngen has been convicted of sex crimes and I am asking for leniency when he goes to sentencing. This request is being made because of the kind of person I know Oliver to be.

I am an amateur singer with two senior citizen groups who sing at nursing homes, senior centers, assisted living residencies, synagogues and YMHAs. Recently I joined a large classical chorus with members of all ages. Music is my passion in life. I arrived at this very late in life, about 10 years ago, when I began with an off-off Broadway theatre group who put on one show a year with seniors of the Queens Community in Astoria, N.Y. I was told I am a really good singer and I wanted to improve and looked for a voice coach, and found Oliver's school listed in a local newspaper.

From the beginning of our relationship, Oliver and I got along extremely well. He inspired and encouraged me, letting me know that my voice was not only good but something outstanding – a contralto with an operatic voice who could have been a remarkable opera singer if I had started at an earlier age. He didn't show any discrimination towards me concerning my age, as is often the case where senior citizens are concerned. He treated me on an equal basis with all of the younger people at the school.

Oliver was the first person in my entire life who gave me support and encouragement. I came from a working-class family which had a lot of problems and I was overlooked and neglected as a child and young person. Under Oliver's instruction, my voice improved tremendously within a very short period of time and I can sing beautifully, thanks to him. At a recital he gave at his studio, he introduced me to two young men, probably in their late 20s, one a tenor and the other a bass. Their voices were marvelous, and Oliver told me he was training both of them for professional careers. The enthusiasm and hope he had for them was so sincere and truly incredible. Oliver gave his heart and soul to his work. He is an extremely talented man. He gives to the world not only his own wonderful voice and talent, but his whole-hearted and unique dedication to his students. Oliver is an outstanding teacher and I can attest to this, having been in the field of Education myself. As a substitute teacher, I have been in many schools and classrooms throughout my career and I know that Oliver is exceptional.

To remove Oliver Sohngen from society and deny his dedicated contribution to aspiring musical artists would be a great loss of someone who truly has something special to offer.

Respectfully,

Judy Parcels

**Judy** Parcels

EXHIBIT Z

Dear Vinney,

In the best interest of this teacher, the student's and the community I hereby resign my position as director of Long Island City Academy of Music. It is my intention with this resignation to sever all affiliations with the school immediately and permanently. My hope is that the school can continue to thrive in my absence.

I am heartbroken to resign but I know that this is in the best interest of the school. I do need to focus my full attention to clear my name.

Sincerely,

5.17.2017

EXHIBIT AA

27th November 2017

Dear Judge,

My name is Aaron and I am 16 years old. I first met Oliver Sohngen or my stepfather in 2005 when I was living in Barbados with my grandparents and my mom. Amanda Andries, was living in the US. My biological dad was never involved in my life because he has schizophrenia and he used drugs.

Oliver came with my mom to Barbados and he was different from me because in Barbados they aren't a lot of Caucasian people in the country. He was very nice to me and he started teaching me piano.

The next time he came to Barbados was when I was 7 and my sister was born in America-- this time was very good because we had fun and I got to see my new sister. I went to the beach with him, my sister and my mom; we had a lot of fun and it was all great. I finally had a family. Before he left he gave me a small keyboard and a book to practice piano with. I learned a couple songs.

The next year, I left Barbados and moved to America to live with my mother, sister and Oliver and I started to call him Dad because my sister called him Dad. He would also tell everyone that I was his son.

In the living room of our apartment, he taught other kids and adults to sing and in his free time he taught me to play the piano. He was the one who took me to school and picked me up, because my mom was taking care of my sister.

Eventually he started volunteering at my public elementary school to do a choir and it was successful. We sang in many performances for the school. He was also such a good teacher, that he was chosen to be in an ad for the NYC government called "Music is my Blank." This was when I was 9 years old and I was in the ad too. I played the piano and sang. I was very proud to be doing this with my dad.

After we moved from the first apartment he opened the Long Island City Academy of Music and I was always there throughout my whole high school education. I would be there watching my sister or learning piano or drums; we would have a lot of fun with our dad-- watching him sing or him teaching me or my sister to sing, even though he was very busy.

I remember going on many family road trips. We went to Florida a lot to visit my other family and we had a great time. I remember one road trip we even rescued a dog and we took care of it and took it to an adoption center. He loves animals a lot and he is very caring to them and taught me and my sister how to take care of our pets.

Even though my mom and dad separated, my dad would always take my sister and I out to eat at restaurants in the neighborhood or ice skating or to the movies. There was never a bad moment with him, me and my sister. We were always happy. Even for the holidays when he would have to work, he would still make sure to get us gifts, come see us or take us out to eat or whatever he could at the end of the day.

When I was in high school, I fell on sports day and injured my leg. My mom couldn't make it and my dad cancelled his work to come and get me and take me to the hospital and he stayed with me and brought me back home.

For him singing and work was second to us, although it is something he loves to do. He takes singing seriously and built a business off of something he used to do part time in the living room of our one bedroom apartment.

He also did sets for all sorts of plays and he made all the sets himself. He is such a smart person. He is also a very good singer and plays many instruments. We have been to many places to see him perform.



I am sad that my dad was not able to attend my high school graduation because he was arrested but maybe he can come to my college graduation. He also couldn't attend my sister's middle school graduation. He's missing a lot of important moments in our lives and we can never get the time back.

With him gone our family is going through a lot of stress and it's as though a part of us is missing because he was always here and we miss him a lot. We depended on him in many ways. Everything is different and there is a lot of burden on my mom and we worry about what will happen.

I saw my Dad's face on the television and they said he was accused of crimes against minors. I couldn't believe that he was accused of these things. But then later, my Dad admitted that he did some of these things. It was hard for me to accept. I worried about my mom and sister and if kids would bully my sister. I talked to my mom and we understand that people make mistakes—that's how we learn.

I think my dad was brave to say that he made a mistake and that he's very sorry for what he did. I know what it's like to make a mistake and what it's like to learn from it and take a different path. I wish I was that brave— when I had my problems, I denied that I had a problem and I said that I didn't need help. But my dad admitted to his problem and wants you to HELP him to be a better person and to make up for what he did. Maybe there is a program that my Dad can complete, like I did, and he can come back to us a better person.

My dad and family supported me when I had my issues ████████████████ and I would like to support my dad so that he can get past this problem.

Please give him another chance. He s has done many good things for us and other people and he's sorry for what he did.

Missing my Dad.

Aaron Savoury

EXHIBIT BB

Date CV Prepared   November 15th, 2017

Personal Data

Name               Richard Bohn Krueger, M.D.

Office Address     Medical Director
                   Sexual Behavior Clinic
                   New York State Psychiatric Institute & Columbia University
                   Department of Psychiatry, Unit #45
                   1051 Riverside Drive
                   New York, N.Y. 10032

Private Practice   210 East 68th Street, Suite 1-H
                   New York, New York 10065-6024

Telephone          (212) 740-7330 (New York State Psychiatric Institute)
                   (212) 740-7341 (New York State Psychiatric Institute)
                   (212) 517-6624 (private office)
                   (212) 517-4073 (private office fax)
                   (917)-750-1596 (cell phone anywhere, anytime)

Email              rbk1@columbia.edu

Birthdate          ▃▃▃▃▃▃

Academic Training

1967   B.A.        Albion College, Albion, MI

1977   M.D.        Harvard Medical School, Boston, MA

Traineeship

1977-1978          Internship in Medicine, Boston VA Hospital, Boston, MA

1978-1980          Junior and Senior Residency, Medical,
                   Boston VA Hospital, Boston, MA

1980-1983          Residency in Psychiatry, Department of Psychiatry
                   Boston University, Boston, MA

Licensure

Krueger, Richard-Curriculum Vitae
November 15th, 2017

| 1977-Present | Narcotic License #AK 961-0684 |
|---|---|
| 2006-2008 | Buprenorphine License #XK 961-0684 |
| 2006-6008 | New York State Buprenorphine Authorization #000646 |
| 1989-1991; 1997-Present | New Jersey Registration # 25MA05309800 |
| 1989-Present | New York License Registration #177371 |
| 1995-Present | New York State Worker's Compensation #177371-2 |

## Board Certification

| 1980 | American Board of Internal Medicine, #74112 |
|---|---|
| 1984 | American Board of Psychiatry and Neurology, Inc., in Psychiatry, Certificate #26401 |
| 1996 | American Board of Psychiatry and Neurology, Inc., Added Qualifications in Forensic Psychiatry, Certificate #382, recertified through 2026 |
| 1997 | American Board of Psychiatry and Neurology, Inc., Added Qualifications in Addiction Psychiatry, Certificate #1183, certified through 2026 |

## Professional Organizations and Societies

| 1978-Present | American Medical Association |
|---|---|
| 1978-Present | Massachusetts Medical Society |
| 1981-Present | American Psychiatric Association |
| 1981-1989 | Massachusetts Psychiatric Association |
| 1985-Present | American Academy of Psychiatry and the Law |
| 1989-Present | New York Psychiatric Society |
| 1991-Present | New York Academy of Science |

Krueger, Richard-Curriculum Vitae
November 15th, 2017                                                    Page 3

| 1993-Present | Association for the Treatment of Sexual Abusers |
| 1996-Present | American Academy of Forensic Sciences |
| 2002-Present | Society for Behavioral Neuroendocrinology |
| 2002-Present | International Academy of Sex Research |
| 2003-Present | American Association for the Advancement of Science |
| 2004-Present | International Association of Forensic Mental Health Services |
| 2004-Present | American Psychopathological Association |
| 2004-Present | The Society for the Advancement of Sexual Health |
| 2006-Present | International Academy of Law and Mental Health |
| 2006-Present | International Association for the Treatment of Sexual Offenders |
| 2010-Present | Education Committee, American Academy of Psychiatry and the Law |
| 2015-Present | Member, American Academy of Addiction Psychiatry |
| 2016-Present | Member, American College of Psychiatrists |

## Academic Appointments

| 1983-1989 | Clinical Instructor in Psychiatry, Boston University Medical School |
| 1985-1989 | Clinical Instructor in Psychiatry, Harvard Medical School |
| 1989-1998 | Assistant Clinical Professor of Psychiatry, Columbia University, College of Physicians and Surgeons |
| 1998-Present | Associate Clinical Professor of Psychiatry, Columbia University, College of Physicians and Surgeons |

## Hospital Appointments

| 1982-1987 | Consulting Psychiatrist, Hampstead Hospital, Hampstead, NH |
| 1983-1984 | Staff Psychiatrist, Westwood Lodge Hospital, Westwood, MA |

Krueger, Richard-Curriculum Vitae
November 15th, 2017

| | |
|---|---|
| 1984-1988 | Staff Psychiatrist, Pembroke Hospital, Pembroke, MA |
| 1985-1986 | Assistant Psychiatrist, McLean Hospital/Bridgewater State Hospital Program, Bridgewater, MA |
| 1985-1989 | Consulting Psychiatrist, Massachusetts Treatment Center, Bridgewater State Hospital, Bridgewater, MA |
| 1985-1989 | Assistant Attending Psychiatrist, McLean Hospital, Belmont, MA |
| 1988-1989 | Attending Psychiatrist, Waltham/Weston Hospital Waltham, MA |
| 1989-1998 | Assistant Attending Psychiatrist, Columbia Presbyterian Medical Center, New York, NY |
| 1990-2000 | Attending Psychiatrist, Gracie Square Hospital, New York, NY |
| 1990-2000 | Attending Psychiatrist, Lenox Hill Hospital, New York, NY |
| 1991-1994 | Research Psychiatrist II, Department of Biological Psychiatry, New York State Psychiatric Institute, New York, NY |
| 1991-1994 | Member, Department of Biological Psychiatry, New York State Psychiatric Institute, New York, NY |
| 1991-1994 | Research Psychiatrist II, New York State Psychiatric Institute, New York, NY |
| 1991-Present | Attending Psychiatrist, New York State Psychiatric Institute, New York, NY |
| 1994-1998 | Clinical Psychiatrist II, Inwood Mental Health Clinic, Washington Heights Community Service, New York State Psychiatric Institute, New York, NY |
| 1995-Present | Medical Director, Sexual Behavior Clinic, New York State Psychiatric Institute, New York, NY |
| 1998-Present | Clinical Specialist II, Sexual Behavior Clinic, New York State Psychiatric Institute, New York, NY |
| 1998-Present | Attending Psychiatrist, New York Presbyterian Hospital, New York, NY |

## Honors

| | |
|---|---|
| 1966 | Phi Beta Kappa |

Krueger, Richard-Curriculum Vitae
November 15th, 2017

Page 5

| | |
|---|---|
| 1966 | *Omicron Delta Kappa* |
| 1967-1968 | Rotary International Scholarship for study at University of Stockholm, Sweden |
| 1983 | John Murray Prize for Research in Psychiatry, Department of Psychiatry, Boston University Boston, MA |
| 2004 | Distinguished Alumni Award, Albion College, Albion, MI |
| 2007 | Distinguished Service Award from the New York State Alliance of Sex Offender Service Providers and the New York State Chapter of the Association for the Treatment of Sexual abusers presented "in appreciation of your many years of service.  We honor you for your dedication, leadership, clinical expertise and scholarly contributions to the field of sex offender management" NYSATSA/NYSASOSP May 3rd, 2007, Poughkeepsie, NY |
| 2014 | Life Fellow, American Psychiatric Association |

## Fellowship and Grant Support

| | |
|---|---|
| 1990-1994 | Co-Investigator, NIMH, (MH35636) 09-13 Affective and cognitive consequences of ECT 1990-1995 (subject to MERIT award extension to 2000). $1,008,144 direct costs (90-95).  Principal Investigator Harold A. Sackeim |
| 1992-1993 | Principal Investigator, Cambridge Neuroscience (#CNS-1879-001). A placebo-controlled study of pramiracetam in depressed inpatients undergoing electroconvulsive therapy |
| 1992-1993 | Principal Investigator, Cambridge Neuroscience (#CNS-1879-002). A follow-up study of patients completing protocol (#CNS-1879-001) (a placebo- controlled study of pramiracetam in depressed inpatients undergoing electroconvulsive therapy) |
| 1992-1994 | Co-Investigator, NIMH, (MH47739) 01-05 Continuation pharmacotherapy following ECT. (NYSPI site $759,101 direct costs all sites $2,490,284). Principal Investigator Harold A. Sackeim. |
| 1993-1994 | Co-Investigator, Dana Foundation Research Program on Age-Related Memory Defects (ECT memory project). $250,000 direct costs.  Principal Investigators Eric Kandel and Lewis P. Rowland. |

Krueger, Richard-Curriculum Vitae
November 15th, 2017

## Other Grants and Contracts

| | |
|---|---|
| 11/2000-9/2001 | Contract No 0208-2001-07 (MH) with Department of Probation of the United States District Court for the Southern District of New York; contract for the evaluation and care of federal offenders convicted of sexual crimes. |
| 5/2001-9/2001 | Non-competitive Purchase Order #50668A with the Department of Probation of United States District Court for the Southern District of New York for to administer penile plethysmograph and polygraph examinations. |
| 10/2001-9/2002 | Non-competitive Purchase Order #56640 with the Department of Probation of United States District Court for the Southern District of New York to administer Individual and Group Mental Health Counseling/Sex Offender. |
| 2006-2007 | Consultation Agreement with GalaxoSmithKlein regarding development of methods and scales to assess for pathological sexual behavior, pathological gambling, and other disorders of impulse. |
| 2007-2008 | New York State Office of Mental Health Policy Scholar Grant for 2007-2008 academic year, for project entitled ""An Analysis of Treatment Response and Medication Satisfaction in a Group of Patients Treated with Gonadotropin Releasing Hormones Agonist Therapy for Hypersexual and/or Paraphilic Disorders and An Analysis of Diagnoses of a Group of Patients Arrested for Crimes Against Children over the Internet." Amount awarded: statistical, data entry, and research design support provided by the New York State Office of Mental Health. |

## Departmental and University Committees

| | |
|---|---|
| 1992-1995 | NYSPI-Columbia University IRB Psychopharmacology I Subcommittee, member |
| 1992-1995 | New York State Psychiatric Institute--Columbia University Department of Psychiatry Institutional Review Board, member |

## Teaching Experience and Responsibilities

| | |
|---|---|
| 1977-1980 | Clinical Instructor in Medicine, Tufts University School of Medicine (taught medical students, interns, and residents in medicine) |

Krueger, Richard-Curriculum Vitae
November 15th, 2017                                              Page 7

| | |
|---|---|
| 1977-1980 | Clinical Instructor in Medicine, Boston University, School of Medicine (taught medical students, interns, and residents in medicine) |
| 1980-1983 | Clinical Instructor in Psychiatry, Department of Psychiatry, Boston University (taught medical students and residents in psychiatry) |
| 1983 | Taught seminars in clinical interviewing using videotape for medical students and psychiatric residents at Boston University |
| 1983-1984 | Taught Boston University medical students during their psychiatry rotation at Westwood Lodge Hospital |
| 1989-1991 1994-2000 | Faculty, Psychiatric Medicine I and Psychiatric Medicine II, teaching Columbia first and second year medical students |
| 1991-1993 | Supervisor PGY IV Residents in psychiatry at Columbia P&S in consultation and liaison psychiatry |
| 1991-1994 | Supervisor and instructor, Columbia medical students and psychiatric residents in performing ECT |
| 1991-1994 | Developed and directed a Continuing Medical Education Fellowship on Electroconvulsive Therapy offered by the Department of Psychiatry of Columbia P&S and the Department of Biological Psychiatry of New York State Psychiatric Institute |
| 1994-1997 | Clinical Supervisor, Columbia psychology interns |
| 1994-1998 | Supervisor, Columbia PGY III medical students in their outpatient experience during their psychiatry rotation |
| 1994-2005 | Faculty, Harlem Hospital Residency in Psychiatry, teaching PGY II residents on sexual disorders and paraphilias and their treatment |
| 1994-present | Evaluation supervisor, Columbia PGY III psychiatric residents |
| 1996-present | Faculty, Creedmoor Psychiatry Residency, teaching PGY III psychiatric residents on sexual disorders and their treatment |
| 1999-present | Faculty, Columbia Cornell Fellowship in Forensic Psychiatry |

Other Professional Activities

| | |
|---|---|
| 1984-1989 | Consulting Psychiatrist, Blue Cross/Blue Shield, Utilization Review Program |
| 1984-1989 | Consulting Psychiatrist, The Neurologic Center at Forest Manor, Middleborough, MA |
| 1984-1989 | Consulting Psychiatrist, Jordan Hospital, Plymouth, MA |
| 1985-1989 | Consulting Psychiatrist, The Boston Neurobehavioral Center, Boston, MA |
| 1985-1989 | Consulting Psychiatrist, The Massachusetts Treatment Center, Bridgewater, MA |
| 1988-1989 | Consulting Psychiatrist, McLean Health Services, Belmont, MA |
| 1988-1989 | Consulting Psychiatrist, Framingham Court Clinic, Framingham, MA |
| 1989-1998 | Consulting Psychiatrist, Sexual Behavior Clinic, New York State Psychiatric Institute, New York, NY |
| 1989-1991 | Attending Psychiatrist, Inpatient Psychiatric Unit, Allen Pavilion, Columbia Presbyterian Medical Center |
| 1994 | Guest Reviewer, *Biological Psychiatry* |
| 1995-Present | Member, Sexual Offenders Committee, American Academy of Psychiatry & the Law |
| 1995-Present | Authorized Provider, State of New York Worker's Compensation Board |
| 1995-Present | Expert Consultant, New York State Health Departments's Office of Professional Medical Conduct (OPMC), Albany, NY |
| 1996-Present | Expert Consultant, New Jersey State Board of Medicine Trenton, New Jersey |
| 1996-2002 | Member, Board of Directors, The New York Academy of Traumatic Brain Injury, Inc. |
| 1997-2001 | Member, Psychopharmacology Committee, American Academy of Psychiatry & the Law |

Krueger, Richard-Curriculum Vitae
November 15th, 2017

| | |
|---|---|
| 1997-Present | Member, Board of Directors, New York State Chapter, Association for the Treatment of Sexual Abusers |
| 1998-2000 | Consultant, NY State Office of Mental Health/Sidney Albert Institute of the Parsons Child and Family Center Workgroup on Developing a Statewide System of Care for Child and Adolescent Sexual Abusers |
| 1998-2001 | Chairman, Psychopharmacology Committee, American Academy of Psychiatry & the Law |
| 1999-2002 | Consultant, NY State Office of Mental Health Task Force on Sex Abuse |
| 2000 | Guest Reviewer, *Psychiatry Research* |
| 2001 | Guest Reviewer, *Practical Psychiatry and Behavioral Health* |
| 2003 | Guest Reviewer, *Progress in Neuro-Psychopharmacology & Biological Psychiatry* |
| 2005 | Guest Reviewer, *European Archives of Psychiatry and Clinical Neuroscience* |
| 2005-2011 | Vice-President, New York State Chapter, Association for the Treatment of Sexual Abusers |
| 2007 | Guest Reviewer, *Sexual Abuse* |
| 2007 | Guest Reviewer, *Journal of Nervous and Mental Disease* |
| 2008-2011 | Member, The Trauma and Stress Committee, American Academy of Psychiatry and the Law |
| 2008-Present | Member, DSM-V, Sexual and Gender Identity Disorders Work Group |
| 2008-Present | Expert Reviewer, *Journal of Sex Research* |
| 2009-Present | Expert Reviewer, *Journal of Sexual Medicine* |
| 2009-Present | Member, Society for Sex Therapy and Research (SSTAR) |
| 2009 | Guest Reviewer, *Harvard Review of Psychiatry* |
| 2010 | Guest Reviewer, *CNS Spectrums* |

Krueger, Richard-Curriculum Vitae                              Page 10
November 15th, 2017

| 2011 | Guest Reviewer, *Sexual Abuse* |
| 2011 | Guest Reviewer, *Neuropsychiatry* |
| 2011 | Guest Reviewer, *Sexuality & Culture* |
| 2011 | Guest Reviewer, *Journal of Abnormal Psychology* |
| 2011-Present | Reviewer, *Journal of Sex and Marital Therapy* |
| 2011-Present | Reviewer, *Journal of Sexual Medicine* |
| 2011-Present | Member, Education Committee, American Academy of Psychiatry and the Law |
| 2011-Present | Member, Sexual Health and Disorders Committee of the World Health Organization; this committee is composed of international authorities and is making recommendations for revision of the sexual disorders section for ICD-11 (The International Classification of Diseases-11th Edition) |
| 2012 | Guest Reviewer, *Archives of Sexual Behavior* |
| 2012-2013 | President Elect, New York State Association for the Treatment of Sexual Abusers |
| 2013-2015 | Elected by Board to position of President, New York State Association for the Treatment of Sexual Abusers |
| 2013 | Guest Reviewer, *Journal of Psychiatric Research* |
| 2013 | Guest Reviewer, *Archives of Sexual Behavior* |
| 2013 | Participant, Meeting on Protocol Development for Field Testing of ICD-11 Sexual Disorders and Sexuality-Related Conditions |
| 2013 | Guest Reviewer, *International Journal of Family Medicine* |
| 2013 | Guest Participant, Human Sexuality Committee, Group for the Advancement of Psychiatry, White Plains, New York |
| 2014 | Guest Reviewer, *Sexual Medicine Reviews* |
| 2014 | Guest Reviewer, *Archives of Sexual Behavior* |
| 2014 | Guest Reviewer, *Journal of Forensic Psychiatry and Psychology* |

| | |
|---|---|
| 2014 | Guest Reviewer, *Journal of Psychiatry and Neuroscience* |
| 2014 | Guest Reviewer, *Journal of Sex and Marital Therapy* |
| 2014 | Guest Reviewer, *Journal of Sex Research* |
| 2014 | Guest Reviewer, *Comprehensive Psychiatry* |
| 2015 | Guest Reviewer, *Archives of Sexual Behavior* |
| 2015 | Guest Reviewer, *Journal of Sex and Marital Therapy* |
| 2015 | Guest Reviewer, *Plos One* |
| 2015 | Guest Reviewer, *Comprehensive Psychiatry* |
| 2015 | Guest Reviewer, *Journal of Forensic Psychiatry and Psychology* |
| 2015 | Guest Reviewer, *Journal of Sex Research* |
| 2015 | Guest Reviewer, *Behavioral Sciences* |
| 2015 | Invited participant, Assembly Standing Committee on Correction, Public Roundtable on Sex Offender Residency Restrictions to examine the efficacy of sex offender residency restrictions and identify best practices to promote public safety and prevent recidivism of sex offenders. Wednesday, May 20th, 2015, Legislative Office Building room 711-A, 7th Floor, Albany, New York 12248 called by Daniel J. O'Donnell, Member of the Assembly, Chairperson, Committee on Correction |
| 2016 | Guest Reviewer, *Journal of Sex Research* |
| 2016 | Guest Reviewer, *Addiction* |
| 2016 | Member, American College of Psychiatrists |
| 2016 | Guest Reviewer, *International Journal of Psychological Research* |
| 2016 | Guest Reviewer, *Medical Journals* |
| 2016 | Member, DSM Review Committee for Externalizing Disorders and Personality Disorders (Personality, Disruptive, Impulse Control, Conduct Disorders, Substance Use Disorders, Paraphilic Disorders) |
| 2017 | Guest Reviewer, *Journal of Psychopharmacology* |

| 2017 | Guest Reviewer, *American Journal of Psychiatry* |
| 2017 | Guest Reviewer, *The Journal of the American Academy of Psychiatry and the Law* |
| 2017 | Guest Reviewer, *Journal of Sex and Martial Therapy* |
| 2017 | Guest Reviewer, *Development and Psychopathology* |
| 2017 | Guest Reviewer, *Journal of Sexual Medicine* |

**Bibliography**

**PEER REVIEWED ARTICLES**

**1984**

1. Krueger RB, Levy E, Fox B, Cathgart E, Black P: Lymphocyte subsets in patients with major depression Preliminary findings. Advances. 1984; 1:5-9

**1985**

2. Levy E, Krueger RB: Depression and the immune system. Directions in Psychiatry. 1985; 5:1-8

**1992**

3. Krueger RB, Sackeim HA, Gamzu ER: Pharmacological treatment of the cognitive side effects of ECT: A review. Psychopharmacology Bulletin. 1992; 28:409-424

**1993**

4. Krueger RB, Fama JM, Devanand DP, Prudic JP, Sackeim HA: Does ECT permanently alter seizure threshold? Biological Psychiatry. 1993; 33:272-276

**1994**

5. Malaspina D, Devanand DP, Krueger RB, Prudic J, Sackeim HA: The significance of clinical EEG abnormalities in depressed patients treated with ECT. Convulsive Therapy. 994; 10:259-266

6. Prudic J, Sackeim HA, Devanand DP, Krueger RB, Settembrino JM: Acute cognitive effects of subconvulsive electrical stimulation. Convulsive Therapy. 1994; 10:4-24

7. Devanand DP, Krueger RB: Electroconvulsive therapy in the elderly. Current Opinion in Psychiatry. 1994; 7:359-364

Krueger, Richard-Curriculum Vitae
November 15th, 2017

**1998**

8.  Krueger RB, Glancy GD, Bradford JM: The Abel screen: A new instrument for assessing sexual interest. J Am Acad Psychiatry Law, Vol 26, No. 2, 1998; 277-280

**2000**

9.  Krueger RB, Kaplan MS: Disorders of Sexual Impulse Control in Neuropsychiatric Conditions. In T. W. McAllister, Guest Ed. Seminars in Clinical Neuropsychiatry Pharmacological of Neuropsychiatric Syndromes. Vol. 5, No. 4, 2000; pp. 266-274

**2001**

10. Krueger RB, Kaplan MS: Depo-leuprolide acetate for the treatment of the paraphilias: A report of 12 cases. Archives of Sexual Behavior. 2001; 30:409-422

11. Krueger RB, Kaplan MS: The paraphilic and hypersexual disorders: An Overview. Journal of Psychiatric Practice. November 2001; 7:391-403

**2002**

12. Krueger RB, Kaplan MS: Behavioral and psychopharmacological treatment of the paraphilic and hypersexual disorders. Journal of Psychiatric Practice. January 2002; 8:21-32

13. Krueger RB, Kaplan MS: Treatment resources for the paraphilic and hypersexual disorders. Journal of Psychiatric Practice. January 2002; 8:59-60

14. Krueger RB, Kaplan MS: A favorable view of the DSM-IV diagnosis of pedophilia and empathy for the pedophile. Archives of Sexual Behavior. December 2002; 31:486-488

**2003**

15. Krueger RB: A Positive View of Spitzer's Research and an Argument for Further Research. Archives of Sexual Behavior. October 2003; 32:443-444

**2006**

16. Shajnfeld A, Krueger RB: Integrating Law and Psychiatric Practice: Reforming Non-Punitive Responses to Sexual Offending. Developments in Mental Health Law July 2006; 25: 81-99.

**2009**

17. Krueger RB, Kaplan, M, First, M: Sexual and other axis I diagnoses of 60 males arrested for crimes against children involving the Internet, CNS Spectrums, Volume 14, No. 11, 2009; 623-631.

**2010**

18.    Krueger RB: The DSM Diagnostic Criteria for Sexual Sadism:
       Archives of Sexual Behavior, Volume 39, No. 2, 2010, 325-345.

19.    Krueger RB: The DSM Diagnostic Criteria for Sexual Masochism:
       Archives of Sexual Behavior, Volume 39, No. 2, 2010; 346-356.

20.    Kaplan MS, Krueger RB: Diagnosis, Assessment, and Treatment of
       Hypersexuality: Annual Review of Sex Research, Journal of Sex
       Research, Vol 47, Issue 2-3; 2010; 181-198.

21.    Krueger RB: DSM-V Options: Sexual Sadism, Sexual Masochism,
       and Paraphilic Coercive Disorder: Forum for the Association for the
       Treatment of Sexual Abusers, Vol XXII, Issue 1, 2010, 1-8.

**2011**

22.    Krueger, RB: Critical Appraisals of the Proposed DSM-5 Paraphilia
       Diagnoses: The Journal of the American Academy of Psychiatry and
       the Law; Vol 39, 2011; 237.

**2012**

23.    Krueger, RB, Kaplan, MS: Paraphilic Diagnoses in DSM-5: The
       Israeli Journal of Psychiatry and Related Sciences; Vol 49, No. 4,
       2012, 248-254.

24.    Kaplan, M, Krueger RB: Cognitive-Behavioral treatment of the
       paraphilias: The Israeli Journal of Psychiatry and Related Sciences;
       Vol 49, No. 4, 2012, 291-296.

**2013**

25.    Krueger, RB, Weiss, SL, Kaplan, MS, Braunstein, LJ, Wiener, E:
       The Impact of Internet Pornography Use and Cybersexual Behavior
       on Child Custody and Visitation; Journal of Child Custody, 10: 1-31,
       2013, DOI: 10.1080/15379418.2013.781860

**2016**

26.    Turner, D, Schottle, D, Krueger, R, Briken, P:  Sexual Behavior and
       its correlates after traumatic brain injury; Current Opinion in
       Psychiatry, 28: 1-8, 2015, DOI:10.1097/YCO.0000000000000144

27.    Reed, GM, Dresher, J, Krueger, RB, Atalia, E, Cochran, SD, First,
       MV, Cohen-Kettenis, PT, Arango-de Montis, I, Parish, SJ, Cottler, S,
       Briken, P, Saxena, S:  Disorders related to sexuality and gender
       identity in the ICD-11: revising the ICD-10 classification based on

current scientific evidence, best clinical practices, and human rights consideration. *World Psychiatry* 15: 3, October 2016, 205-221

2017 28. Krueger, RB, Reed, GM, First, MB, Marais, A, Kismodi, E, Briken, P (2015): Proposals for paraphilic disorders in the International Classification of Diseases and Related Health Problems, Eleventh Revision. *Archives of Sexual Behavior* DOI: 10.1007/s10508-017-0944-2

## CASE REPORTS

**2006**

1. Krueger RB, Hembree W, Hill M (2006). Prescription of Medroxyprogesterone Acetate to A Patient with Pedophilia, Resulting in Cushing's syndrome and Adrenal Insufficiency. Sexual Abuse: A Journal of Research & Treatment; 18:227-228.

2. Krueger RB, Kaplan MS (2006). "I Want to Try It. What Else Can I Do?" Chemical Castration as a Treatment for Pedophilia. R Spitzer, J. Williams, M. First (Eds). DSM-IV-TR Casebook, Volume 2. American Psychiatric Association Press. Washington DC. 309-334. (translated into Hungarian, APA Press, 2007.

## CHAPTERS AND BOOKS

**1985**

1. Levy EM, Krueger RB. (1985) Depression and the immune system. In Flach, F. (Ed.) Directions in Psychiatry. Hatherleigh Company, Ltd., New York, pp. 1-8

**1988**

2. Levy EM, Krueger RB. (1988) Depression and the Immune System. In F. Flach (Ed.) Affective Disorders. Norton Publishers, New York, pp. 186-198

**1995**

3. Krueger RB, Sackeim HA. (1995) ECT and Schizophrenia. In S. Hirsch and D. Weinberger (Eds.). Schizophrenia. Blackwell Scientific Publications Ltd., Oxford, pp. 503-545

**1996**

4. Levy E, Chancellor-Freeland C, Krueger RB. (1996) Depression and the Immune System: The Hatherleigh Guide to Managing Depression. Hatherleigh Press, New York, pp. 15-32

**1997**

5. Krueger RB, Kaplan MS. (1997) Frotteurism Assessment and treatment. In D. R. Laws and W. O'Donohue (Eds.). Sexual Deviance: Theory, Assessment, and Treatment. Guilford Press, New York, pp. 131-151

Krueger, Richard-Curriculum Vitae                                    Page 16
November 15th, 2017

6.   Kaplan M, Krueger RB. (1997) Voyeurism:  Psychopathology and Theory.
     In D. R. Laws and W. O'Donohue (Eds.).  Sexual Deviance: Theory,
     Assessment, and Treatment. Guilford Press. New York, pp. 297-310

**2000**

7.   Krueger RB, Kaplan MS. (2000) The non-violent serial offender:
     Exhibitionism, frotteurism, and telephone scatologia.  In L.B. Schlesinger
     (Ed.) Serial Offenders Current Thought, Recent Findings, Unusual
     Syndromes. CRC Press, Boca Raton, Fl., pp. 103-118

8.   Krueger RB, Kaplan MS. (2000) Evaluation and Treatment of Sexual
     Disorders: Frottage. In VandeCreek, L. (Ed.) Innovations in Clinical
     Practice: A Source Book. Vol. 18, Professional Resource Press.
     Sarasota, Fl. pp. 185-198

**2003**

9.   Kaplan MS, Krueger RB. (2003) Adolescent Sex Offenders.  In Rosner,
     R. (Ed.) Principles and Practice of Forensic Psychiatry. Second Edition.
     Chapter 45, Arnold, London. pp. 455-462

**2006**

10.  Krueger RB. (2006) A Positive View of Spitzer's Research and an
     Argument for Further Research.  In J. Drescher and K.J. Zucker (Eds.)
     Ex-Gay Research: Analyzing the Spitzer Study and Its Relation to
     Science, Religion, Politics, and Culture. Harrington Park Press.
     Binghamton, New York. pp. 151-152

**2008**

11.  Krueger RB, Kaplan MS. (2008) Frotteurism:  Assessment and treatment.
     In D. R. Laws and W. O'Donohue (Eds.).  Sexual Deviance: Theory,
     Assessment, and Treatment. 2nd Edition. Guilford Press, New York. pp.
     150-163.

12.  Krueger RB. (2008) Legislation Must Be Based On Scientific Research.
     In Zott, LM (Ed.) Sex Offenders and Public Policy. Current Controversies.
     Greenhaven Press. Thomson Gale. New York. pp. 139-143.

**2009**

13.  Krueger RB, Wexler R, Kaplan M, Saleh F. (2009) Orchiectomy. In Saleh,
     FM, Bradford, Grudzinsakas, AJ, Bradford JM, Brodsky DJ. (Eds.). Sex
     Offenders. Oxford University Press, New York, New York. pp. 171-188.

**2016**

14.  Krueger, RB, Kaplan MS. (2016) Non-Contact Paraphilic Sexual
     Offenses.  In Hoberman, H, Phoenix, A. (Eds.). Sexual Offending:
     Predisposing Antecedents, Assessments, & Management. Springer, New
     York. pp 79-102.

Krueger, Richard-Curriculum Vitae
November 15th, 2017

Page 17

15. Attala E, Cochran SD, Drescher J, Krueger RB, Reed, G (2015) Sexual Disorders and Sexual Health. In Robert MC (Ed) The Evidence Base for ICD-11. American Psychological Association, Washington, D.C. In press.

16. Krueger, RB, Kaplan, MS (2016) Paraphilic Disorders. In Tasman, A, Kay, J, Lieberman, JA, First, MB, Riba, MB. Psychiatry. Fourth Edition. John Wiley & Sons, Ltd. Hoboken, New Jersey, pp. 1749-1758.

## REVIEWS, EDITORIALS, AND LETTERS

**1991**

1. Krueger RB, Silver JM. Reply to Safe Administration of ECT in a patient with a calcified frontal mass (letter). Journal of Neuropsychiatry, 1991; 3:354

**1992**

2. Sackeim HA, Prudic J, Devanand DP, Krueger RB. In reply: stimulus dosing strategies and the efficacy of unilateral ECT. (letter) Convulsive Therapy, 1992; 8:46-52

**1994**

3. Krueger RB, Devanand DP, Prudic J, Sackeim HA. Response to Tomasson, Winockur and Pfohl (letter) Biological Psychiatry, 1994; 35:427-429

**2005**

4. Krueger RB, Kaplan MS. A Review of "Clinical Management of Sex Addiction" edited by Patrick J. Carnes and Kenneth M. Adams. New York Brunner-Routledge, 2002. Journal of Sex & Marital Therapy. October-December 2005; 5:448-450

**2006**

5. Krueger RB. A Review of "Identifying and Treating Sex Offenders. Current Approaches, Research, and Techniques." A Co-Publication as a Printed Volume of a Volume of the Journal of Child Sexual Abuse. Vol 12, No. 3/4 2003. Psychiatric Services. February 2006: 57: 282

6. Krueger RB. "New York Should Not Pass a Violent Predator Law Without Further Study." The Alliance. NYASAOSP/NYATSA. Winter 2005/2006. Volume 8, Issue 1: 4.

7. Krueger RB. "Dear NYATSA and Alliance Members." The Alliance. NYASASOP/NYATSA. Fall 2006. Volume 8, Issue 3: 1.

8. Krueger RB. Board of Directors, NYSATSA & NYASASOP. "NYS ATSA and Alliance Policy Statement Concerning Sexual Violent Predator Legislation." The Alliance. NYASASOP/NYATSA. Fall 2006. Volume 8, Issue 3: 2-3.

Krueger, Richard-Curriculum Vitae
November 15th, 2017

9. Krueger RB. Board of Directors, NYSATSA & NYASASOP.  "NY State ATSA Letter to Members of the New York State Assembly, Senate, and Joint Conference Committee, and Others Regarding Proposed Sexually Violent Predator (SVP) Legislation." The Alliance. NYASASOP/NYATSA. Fall 2006. Volume 8, Issue 3: 4-5.

10. Krueger RB. Vice-President, NYSATSA. "Toward Treatment for Sexual Abusers." Letter to the Editor, The New York Times, December 31, 2006. Commentary on Editorial "Rush to Judgment on Sex Offenders" December 10, 2006, New York Times.

2007

11. Krueger RB. "The New American Witch Hunt." Invited op-ed. March 11, 2007, Los Angeles Times.

12. Krueger, RB. Vice-President NYSATSA. "Dear Colleague" Letter in The Alliance, Summer 2007, Volume 9, Issue 3, 5-6.

13. Krueger, RB. Lau, KL. for the Boards of the NYSATSA.  "Position Paper Regarding the Sex Offender Management and Treatment Act of 2007." Filed and Bound to Article 10 of the Mental Hygiene Law (10.01-10.17), April 2007, and published in The Alliance, Summer 2007, pages 2-4.

2010

14. Kaplan, MS, Krueger, RB. "A Review of 'Human sexuality and its problems (3rd. ed.), Journal of Sex and Marital Therapy, 37:1 72-73.

2011

15. Kafka, M. P., & Krueger, R. B. (2011a). Response to Moser's critique of Hypersexual Disorder for DSM-5. Archives of Sexual Behavior, 40, 231-232.

16. Kafka, M. P., & Krueger, R. B. (2011b). Response to Halpern's critique of Hypersexual Disorder. Archives of Sexual Behavior, 40, DOI: 10.1007/s10508-10011-19753-10501.

17. Krueger, R.B. Critical appraisals of the proposed DSM-5 paraphilia diagnoses. (2011) Journal of the American Academy of Psychiatry and the Law, 39: 237. DOI: 10.1080/10720162.2013.775633

2013

18. Carpenter, B.N., Krueger, R.B. Comment on Moser's "Hypersexual disorder: searching for clarity" Sexual Addiction & Compulsivity, 20: 59-62

Krueger, Richard-Curriculum Vitae
November 15th, 2017

**2016**

19.  Krueger, R.B. Commentary: Diagnosis of Hypersexual or Compulsive
Sexual Behavior Can Be Made using ICD-10 and DSM-5 Despite
Rejection of This Diagnosis by the American Psychiatric Association.
(2016). *Addiction.* 111: 2107-2114

## MONOGRAPHS AND TREATMENT MANUALS

**2011**

1.  Kaplan, MS, Krueger, RB, Vince, M.  A Manual for Understanding
and Treating Adolescents Who Commit Sexual Offenses.
Unpublished manual developed at the Sexual Behavior Clinic, New
York State Psychiatric Institute, New York, New York, April 2011

## PRESENTATIONS AT PROFESSIONAL MEETINGS (PARTIAL LIST)

**1996**

1.  Krueger RB. The Possible Role of Neuropsychological, Neurological and
Neuropsychiatric Examination in the Criminal Process. The New York
Head Injury Study Group, New York, New York, June 20, 1996.

2.  Krueger RB, Kaplan M. The Assessment and Treatment of Sexual
Offenders. Grand Rounds, Kirby Forensic Psychiatric Center, New York,
New York, October 10, 1996.

3.  Krueger RB, Kaplan M. The Professional Before the Review Board
Evaluation, Treatment and Rehabilitation. 1996 Association for the
Treatment of Sexual Abusers, Annual Convention, Chicago, Illinois,
November 12, 1996.

**1997**

3.  Krueger RB, Kaplan M.  The Assessment and Treatment of the
Adolescent Sexual Offender. Presentation for the Medical Staff of
Western New York Children's Psychiatric Center, Buffalo, New York.
October 3, 1997.

**1998**

4.  Krueger RB. The Assessment and Treatment of Sexual Dysfunction.
Presentation for the Medical Staff of the Family Medicine Program of St.
Mary's Hospital, Hoboken, New Jersey, May 26, 1998.

5.  Kelly JR, Glancy GD, Krueger RB, Wasyliew OE, Bradford JM. Forensic
Evaluation of Paraphilic Stalkers.  Presentation at the American Academy

Krueger, Richard-Curriculum Vitae
November 15th, 2017

of Psychiatry and the Law's Annual Meeting, New Orleans, Louisiana.
October 24, 1998.

6.　Krueger RB. Management of Pedophilia. Presentation at Grand Rounds,
St. Lawrence Psychiatric Center, Ogdensburg, New York, November 11,
1998.

**1999**

7.　Abel G, Krueger RB. Physician Sexual Misconduct.  Presentation before
the Board of the Committee for Physician's Health, Lakeville, New York.
May 7, 1999.

8.　Krueger RB. Management of Pedophilia.  Presentation before the staff of
Buffalo Psychiatric Center, Buffalo, New York, July 15, 1999.

9.　Krueger RB, Bradford JM, Glancy GD, Oldham JM, Tucker DE, Maskel L,
Lacoursiere R, Ouligian J. The Impact of Sexual Predator Legislation of
Various States.  Presentation at the American Academy of Psychiatry
and the Law's Annual Meeting, Baltimore, Maryland, October 14, 1999.

10.　Krueger RB, Abel G, Bradford J, Greenberg DM, Candilis PJ, Berlin FS.
The Assessment and Treatment of Child Molesters. Presentation at the
American Academy of Psychiatry and the Law's Annual Meeting,
Baltimore Maryland, October 15, 1999.

11　Krueger RB. Pharmacological Treatment of Male Sex Offenders.
Presentation at the Psychopharmacology Training Program of the New
York State Office of Mental Health, Albany, New York, November 9,
1999.

12.　Kaplan MS, Krueger RB. A New York State Historical Perspective.
Presentation at the Sidney Albert Institute of Parsons Child and Family
Center and the New York State Office of Mental Health Conference
entitled An Unveiling of an Integrated Statewide System of Care for Child
and Adolescent Sexual Abusers.  Sagamore, New York, November 10,
1999.

13.　Krueger RB, Kaplan MS. Evaluating Sex Offenders.  Workshop
presentation at the Twelfth Annual NYS OMH Research Conference.
Albany, New York, December 7, 1999.

**2000**

14.　Kaplan MS, Krueger RB. Adolescent Sex Offenders An Update.  Grand
rounds presentation at Rockland Children's Psychiatric Center, Rockland,
New York, February 1, 2000.

Krueger, Richard-Curriculum Vitae
November 15th, 2017

15. Krueger RB, Kaplan MS. Behavioral and Pharmacologic Treatment of Male Sex Offenders. Statewide live televised grand rounds, New York Office of Mental Health, Bureau of Psychiatric Services, Albany, New York, April 26, 2000.

16. Krueger RB. Evaluation and Treatment of Sex Offenders. Grand rounds presentation at Pilgrim Psychiatric Center, West Brentwood, New York, May 19, 2000.

17. Krueger RB, Kaplan MS. Paraphilias and Professional Sexual Misconduct Evaluation and Treatment. Presentation to the Committee for Physicians' Health of the New York Medical Society, Albany, New York. July 12, 2000.

18. Krueger RB. The Psychopharmacological Treatment of The Paraphilias. Grand rounds presentation at Graystone Park Psychiatric Hospital, Morris Plaines, NJ, August 17, 2000.

19. Krueger RB, Kaplan MS. Offender Dynamics. Presentation for Columbia University's Sexual Misconduct Policy Hearing Panelist Training, New York, NY, October 13, 2000.

20. Krueger RB, Hanson KR, Greenberg D. Using research to Improved Risk Assessments for Sex Offenders-Presentation of the Sex Offenders and Psychopharmacology Committees (Advanced). Course at the October 2000 annual meeting of the American Academy of Psychiatry and the Law, Vancouver, British Columbia, Canada. October 20, 2000.

21. Krueger RB, Gratzer T, Brown P, Candilis P, Bradford JM, Smith C. The Ethics of Treatment and Research Involving Antiandrogen Medications-Presentation of the Sex Offenders and Psychopharmacology Committees. Panel at the October 2000 annual meeting of the American Academy of Psychiatry and the Law, Vancouver, British Columbia, Canada, October 21, 2000.

22. Krueger RB, Hanson KR, Glancy GD, Mossman D, Hart S. Risk Assessment of Sexual Offenders A Critical Assessment-Presentation of the Sex Offenders and Psychopharmacology Committees. Panel at the October 2000 annual meeting of the American Academy of Psychiatry and the Law, Vancouver, British Columbia, Canada, October 21, 2000.

23. Abel GG, Osborn CA, Krueger RB. The Etiology, Evaluation and Treatment of Professionals Accused of Sexual Misconduct with Their Clients. Session at the November 2000 annual meeting of the Association for the Treatment of Sexual Abusers. San Diego, California, November 3, 2000.

24.    Krueger RB. The Pharmacological Treatment of the Paraphilias.
Presentation at Teaching Conference at Bronx State Psychiatric Center,
Bronx, NY, November 10, 2000.

25.    Krueger RB. The Pharmacological and Behavioral Treatment of the
Paraphilias. Presentation at Grand Rounds, Hutchings Psychiatric
Center, Syracuse, NY, November 15, 2000.

26.    Krueger RB. An Update on Current Evaluation and Treatment of the
Paraphilias.  Presentation at Grand Rounds, Queens Hospital Center,
Department of Psychiatry, Jamaica, NY, December 15, 2000.

**2001**

27.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
and the Hypersexual Disorders. Presentation at Grand Rounds, New
York Presbyterian Hospital, Cornell University, Payne Whitney Clinic,
New York, NY, March 7, 2001.

28.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
and the Hypersexual Disorders.  Presentation at Grand Rounds, New
York Presbyterian Hospital, Westchester Division, White Plains, NY, April
24, 2001.

29.    Krueger RB, Kaplan, MS. Polygraphy and Sex Offenders.  Presentation
at the Tristate Meeting of the U.S. Department of Probation, Southern
District, Manhattan, NY, May 11, 2001.

30.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
and the Hypersexual Disorders.  Presentation at Grand Rounds,
Kingsborough Psychiatric Center, Brooklyn, NY, May 16, 2001.

31.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
and the Hypersexual Disorders.  Presentation at Grand Rounds, Coney
Island Hospital, Brooklyn, NY, June 4, 2001.

32.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
and the Hypersexual Disorders.  Presentation at Grand Rounds,
Rockland Psychiatric Center, Orangeburg, NY, October 4, 2001.

33.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
and the Hypersexual Disorders.  Presentation at Grand Rounds,
Creedmore Psychiatric Center, Queens, NY, October 5, 2001.

34.    Krueger RB, Abel G, Kuban M, Bradford J, Sosnowski D. Objective
Methods for Assessing Sexual Interest: A Critical Appraisal. Presentation
at the Annual Meeting of the American Academy of Psychiatry and the
Law, Boston, MA, October 27, 2001.

Krueger, Richard-Curriculum Vitae
November 15th, 2017

Page 23

35.    Krueger RB, Kafka M. Male Hypersexuality Disorders New Clinical Insights and Pharmacological Treatments.  Presentation at the Annual Meeting of the American Academy of Psychiatry and the Law, Boston, MA, October 27, 2001.

36.    Glancy G, Brown P, Krueger RB, Ouligian J, Candilis P. Psychopharmacology of Violence. Presentation at the Annual Meeting of the American Academy of Psychiatry and the Law, Boston, MA, October 28, 2001.

**2002**

37.    Krueger RB. Recent Developments in the Treatment of the Paraphilias and the Hypersexual Disorders. Presentation at Grand Rounds, Mohawk Valley Psychiatric Center, Utica, New York, March 7, 2002.

38.    Krueger RB. Risk Assessment and Treatment of a Patient with a History of Multiple Homicides. Presentation at Grand Rounds, St. Lawrence Psychiatric Center, Ogdensburg, New York, April 3, 2002.

39.    Krueger RB. Recent Developments in the Treatment of the Paraphilias and the Hypersexual Disorders.  Presentation at Grand Rounds, Harlem Hospital, Harlem, New York, April 17, 2002.

40.    Krueger RB. The Use of Medication in the Treatment of Sex Offenders. Presentation at the Seventh Annual Training Conference on the Evaluation and Treatment of Sex Offenders Poughkeepsie, NY, April 30, 2002.

41.    Krueger RB. The Use of Medication in the Treatment of Individuals with Paraphilias and Hypersexual Disorders: An Update.  Presentation at Grand Rounds, the Department of Psychiatry, Montefiore Medical Center and the Albert Einstein College of Medicine, Bronx, NY, October 17, 2002.

42.    Krueger RB. Recent Developments in the Diagnosis and Pharmacological Treatment of Sex Offenders.  Presentation at Grand Rounds, Kirby Forensic Psychiatric Center, Ward's Island, New York, NY, November 7, 2002.

**2003**

43.    Krueger RB. Recent Developments in the Diagnosis and Pharmacological Treatment of Sex Offenders. Presentation at Grand Rounds, Middletown Psychiatry Center, Middletown, NY, February 5, 2003.

Krueger, Richard-Curriculum Vitae
November 15th, 2017

44.    Kaplan MS, Krueger RB. Assessment of Youngsters with Histories of
       Inappropriate Sexual Behavior. Presentation at Grand Rounds, Rockland
       Children's Psychiatric Center, Orangeburg, NY, February 11, 2003.

45.    Krueger RB. Recent Developments in the Diagnosis and
       Pharmacological Treatment of Sex Offenders.  Presentation at Mount
       Sinai Hospital, New York, NY, March 11, 2003.

46.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
       and the Hypersexual Disorders in Adults and Adolescents.  Presentation
       at Combined Social Work and Psychiatry Grand Rounds, Harlem
       Hospital, New York, NY, March 26, 2003.

47.    Krueger RB. Recent Developments in the Diagnosis and
       Pharmacological Treatment of Sex Offenders.  Presentation at Grand
       Rounds, Manhattan Psychiatric Center, Ward's Island, New York, NY.
       May 2, 2003.

48.    Krueger RB. Recent Developments in the Diagnosis and
       Pharmacological Treatment of Sex Offenders.  Presentation at Grand
       Rounds, Pilgrim Psychiatric Center, West Brentwood, NY. November 5,
       2003.

**2004**

49.    Krueger RB. Recent Developments in the Diagnosis and
       Pharmacological Treatment of Sex Offenders.  Presentation at Grand
       Rounds, St. Luke's-Roosevelt Hospital Center, New York, NY, March 10,
       2004.

**2005**

50.    Kaplan MS, Krueger RB. Assessment and Treatment of Adolescent
       Sexual Offenders.  Presentation at Grand Rounds, Rockland Children's
       Psychiatric Center, Orangeburg, NY, February 1, 2005.

51.    Krueger RB, Kaplan MS. Assessment and Treatment of Individuals
       Arrested for Internet Crimes Against Children. Presentation at the Tenth
       Annual Conference of the New York State Alliance of Sex Offender
       Service Providers and the New York State Chapter of the Association for
       the Treatment of Sexual Abusers.  White Plains, NY, May 6, 2005.

52.    Rotter M, Reid N, Rivera J, McCullough M, Krueger R.
       Psychopharmacological Assessment and Treatment of Patients in the
       New York State OMH System. Part of an overall presentation The
       Mentally Ill Sexual Offender Special Considerations for a Special
       Population. Presentation at the Tenth Annual Conference of the New
       York State Alliance of Sex Offender Service Providers and the New York

Krueger, Richard-Curriculum Vitae
November 15th, 2017

State Chapter of the Association for the Treatment of Sexual Abusers. White Plains, NY, May 6, 2005.

53.  Freedman PM, Kaplan MS, Krueger RB, Simring SS. Sexual Deviation, Sexual Crimes, and Sexually Violent Predators. State of New Jersey, Judicial College, Administrative Office of the Courts and the Supreme Court Committee on Judicial Education. Teaneck, NJ. November 22, 2005.

2006

54.  Krueger RB.  Recent Developments in the Diagnosis and Pharmacological Treatment of Sex Offenders.  Presentation at Grand Rounds, Creedmore Psychiatric Center, New York, NY, March 9, 2006.

55.  Krueger RB.  Recent Developments in the Diagnosis and Pharmacological Treatment of Sex Offenders.  Presentation at Grand Rounds, Gouvenor Hospital, New York, New York, April 25, 2006.

56.  Krueger, RB.  Reports of Child Sexual Abuse Perpetrated by Females in a Sample of Male Sexual Offenders and Comments on SVP Legislation in New York State.  Presentation at a conference "Meeting the Needs of All Victims of Criminal Behavior" given by New York AAPL, New York University, New York, New York, April 29, 2006.

57.  Friedman, RA, Kaplan, MS, Weiss, SL, Greenberg, M.  Risk Assessment and a Team Approach to Sexual Violence in the Family.  Presentation at The Interdisciplinary Forum on Mental Health and Family Law in New York State.  New York, New York, May 16, 2006.

58.  Abel, GG, Marks, TI, Krueger, RB.  The Evaluation and Treatment of Physicians Involved in Sexual Misconduct and Sexual Harassment. Course 100.  The American Psychiatric Associations 159th Annual Meeting.  Toronto, Ontario, Canada, May 25, 2006.

59.  Krueger, RB, Kaplan, MS. Biological Treatments for the Paraphilias and Compulsive Sexual Behavior.  Presentation at Annual Meeting of the Association for the Treatment of Sexual Abusers.  Chicago, Illinois, September 29, 2006.

60.  Rotter, M, Krueger, R. The Mentally Ill Sexual Offender: Special Considerations for a Special Population.  Presentation by Dr. Rotter before the American Psychiatric Association's Institute on Psychiatric Services Annual Meeting. New York, New York, October 6, 2006.

61.  Seybert, J, Hurley, D, Whalen, M, Garoppolo, T, Bode, A, Krueger, R. Selected Issues Involving Child Pornography. Presentation at the

Krueger, Richard-Curriculum Vitae
November 15th, 2017

Criminal Justice Act Panel Committee of the Eastern District of New York. Brooklyn, New York, October 24 2006.

62.     Corliss, RK, Cross, CD, Krueger, RB, Harkavy, S, O'Connor, A: Civil Commitment of Sexually Violent Predators: Where Are We Now and Where Do We Want to Go? NAMI-New York State 24th Annual Educational Conference. From Research to Recovery: Improving the Lives of New Yorkers with Mental Illness. White Plains, New York, November 3, 2006.

63.     Kinscherff, R, Guidry, L, Berlin, F, Bengis, SM, Hart, SD, Latham, C, Prentky, R, Vincent, G, Dunseith, NW, Taylor, P, Krueger, RB, Saleh, FM, Ball, CJ. Conversations on Best Practice Applications for the Mentally Ill/ Problematic Sexual Behavior Population: Values and Implementation. Worchester, Massachusetts, November 17, 2006.

64.     Krueger, RB. Influencing sex offender legislation: What role for Clinicians? Invited lecture for a symposium entitled: Society and sex offenders with D, Wylie, K, Morris, C, Green, P, Krueger, R, Bradford, J, and Soothill, K. Organized by the Sexuality & Sexual Health Section of the Royal Society of Medicine, London, England, December 1, 2006.

65.     Krueger, RB. Biological Treatments for the Paraphilias and Compulsive Sexual Behavior. Presentation at Grand Rounds. Central New York Psychiatric Center, Marcy, New York, December 20, 2006.

66.     Krueger, RB. Biological Treatments for the Paraphilias and Compulsive Sexual Behavior. Presentation at Grand Rounds. Woodhull Medical & Mental Health Center, January 17, 2006.

67.     Baillargeon, J. et al. Responses to Sex Crimes and People Convicted of Sex Crimes. Participant. Open Society Institute, New York, New York, January 25, 2006.

2007

68.     Abel, GG, Marks, TI, Krueger RB. The Evaluation and Treatment of Physicians Involved in Sexual Misconduct and/or Sexual Harassment. American Psychiatric Association 160th Annual Meeting, San Diego, California. May 21, 2007.

69.     Lindenmeyer, JB, Langer, SJ, Krueger, RB, Barbaree, Barbaree, HE, Siegel, LA, Zonana, HV. Biological Treatments for the Sexually Violent Offender and Discussant in Symposium 70. The Sexually Violent Offender. American Psychiatric Association 160th Annual Meeting, San Diego, California. May 23, 2007.

Krueger, Richard-Curriculum Vitae
November 15th, 2017

70.    Krueger, RB.  Risk Assessment and Risk Management.  Presentation at the Whiting Forensic Division of Connecticut Valley Hospital, Middletown, Connecticut. September 20th, 2007.

71.    Krueger, RB.  Paraphilias & Hypersexual Disorders: An Update. Presentation at Grand Rounds, Department of Psychiatry, Mount Sinai Hospital, New York, New York.  September 25th, 2007.

72.    Seybert, J, Krueger, R, Kelly, E., Goldberg, A, Whalen, M, Levitt, R. Psychiatric/Mental Health Involvement in Cases Involving Sexual Crimes. Part of a panel entitled "Rita, Rita, Guidelines Eater and SORNA, SMART, AWA, and SOMA by the Criminal Justice Act Panel Committee of the Eastern District of New York, Brooklyn, New York.  November 7th, 2007.

74     Krueger, R, Bradford, J. Compulsive Sexual Behavior, Discussant.  New York State Office of Mental Health, Bureau of Psychiatric Services and Research Institute Support, Psychopharmacology Training Program, Albany New York, November 29th, 2007.

2008

75.    Miraglia, R, Krueger, R, Kaplan, M. The Treatment and Management of Persons Who Have Committed Sexual Offenses, Bureau of Psychiatric Services and Research Institute Support, Statewide Grand Rounds, Albany, New York, February 27th, 2008.

76.    Krueger, R, Paraphilias & Hypersexual Disorders: An Update. Presentation at Grand Rounds, Mid-Hudson Forensic Psychiatric Center, New Hampton, New York.  April 22nd, 2008.

77.    Krueger, R, Kaplan, M. The Diagnosis and Treatment of Individuals Convicted of Internet Crimes Against Children.  Workshop at Annual Conference of the New York State Association for the Treatment of Sexual Abusers, Saratoga Springs, New York.  May 13th, 2008.

78.    Krueger, R, Kaplan, M. Medication Treatment of Paraphilias and Compulsive Sexual Behavior.  Workshop at Annual Conference of the New York State Association for the Treatment of Sexual Abusers, Saratoga Springs, New York.  May 13th, 2008.

79.    Miraglia, R, Culkin, J, Lee, G, Krueger, Richard.  Current Trends in Management and Treatment of Sex Offenders: Psychopharmacological Approaches.  Grand Rounds.  Bronx State Psychiatric Center.  Bronx, New York September 5th, 2008.

80.    Nersessian, E, Levy, F, Davidson, A, Kernberg, O, Krueger, R, Williams, L, Winemaker. Paraphilias. A Roundtable Discussion. The Philoctetes Center for the Multidisciplinary Study of Imagination at the New York Psychoanalytic Institute, New York, New York. October 18th, 2008.

81    Weiss, S, Braunstein, L, Kaplan, M, Krueger, R. Internet pornography and child custody. Presentation at The Interdisciplinary Forum on Mental Health and the Law, New York, New York. December 18th, 2008.

2009

82.    Zucker, K, Blanchard, R, Kafka, M, Krueger, R, Meyer-Bahlburg, H, Seagraves, R.T., Brotto, LA, Blinik, I. Symposium: Provisional report by the DSM-V workgroup on sexual and gender identity disorders. Presentation at the 34th Annual Meeting of the Society for Sex Therapy and Research, Arlington, Virginia, April 3rd, 2009.

83.    Krueger, R, Lee, L. Current Trends in Management and Treatment of Sex Offenders: Psychopharmacological Approaches. Central New York Psychiatric Center, Utica, New York, April 21st, 2009.

84.    Lee, L.G., Krueger, R. Androgen Reduction Therapy in SOTP. Joint CNYPC/LSPC/Central Office Session, Utica, New York, April 21st, 2009.

85.    Krueger, R, Kaplan, M. Diagnostic Issues in the Assessment and Treatment of Individuals Convicted of Sexual Offenses. Central New York Psychiatric Center, Utica, New York, April 21st, 2009.

86.    Krueger, R., Lee, L.G. Psychopharmacological Treatment of Sexual Offenders. Presentation to Judges, MHLS attorneys, and the Attorney General's Office. Ceremonial Courtroom, Onondaga County Courthouse, Syracuse, New York, June 4th, 2009.

87.    Kafka, M, Blanchard, R, Krueger, R, Langstrom, N, Paraphilic Disorders and DSM-V: Considerations for Revision of Diagnostic Criteria; Sexual Sadism Disorder, Sexual Masochism Disorder, and Paraphilic Coercive Disorder. Annual Meeting of the Association for the Treatment of Sexual Abusers, Dallas, Texas, October 1st, 2009.

88.    Krueger, R, First, M, Fedoroff, P, Zonana, H, Berlin, F. A Critical Appraisal of Proposed DSM-V Paraphilic Diagnoses. Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, Maryland, October 29th, 2009.

89.    Kaplan, M, Krueger, R: Proposed Paraphilic Diagnoses for DSM-V. Grand Rounds, Mid-Hudson Forensic Psychiatric Center, New Hampton, New York, December 1st, 2009.

**2010**

90.   Krueger, R, Hall, D, Thomas, N, McPherson, J, Page, J, Carey, C.
Testimony regarding proposed sex offender legislation and SORA
actuarial assessment before the New York State Senate Committee on
Crime, Crime Victims, and Corrections.  Albany, New York, March 9th,
2010.

91.   Krueger, R, Kaplan, M:  Paraphilic diagnoses in DSM-V at a conference
entitled "Contemporary Treatments of Paraphilias" at the Inbal Hotel in
Jerusalem, Israel on June 17th, 2010.

92.   Kaplan, M, Krueger, R: Cognitive-behavioral treatment of paraphilias and
Hypersexual Disorders at a conference entitled "Contemporary
Treatments of Paraphilias" at the Inbal Hotel in Jerusalem, Israel on June
17th, 2010.

93.   Krueger, R: Medication treatment of the paraphilias and hypersexual
disorders. Grand Rounds at the Ann Klein Forensic Center Special
Treatment Unit, Rahway, New Jersey, July 14th, 2010.

94.   Krueger, R: New developments in the diagnosis of sexual masochism
and sexual sadism.  Presentations at the 11th Conference of the
International Association for the Treatment of Sexual Offenders (IATSO),
Oslo, Norway, September 2nd, 2010.

95.   Maskel, L, Bradford, J Tucker, D, Krueger, R, Thornton, D, Zander, T,
Franklin, K: Stirring the DSM-5 Cauldron. Debate at the 41st Annual
Meeting of the American Academy of Psychiatry and the Law, Tucson,
Arizona, October 23rd, 2010.

96.   Krueger, R: Medication Treatment of the Paraphilias and Hypersexual
Disorders, Presentation at Kingsboro Psychiatric Center, Brooklyn, New
York, October 28th, 2010.

**2011**

97.   Krueger, R:  Biological Treatment of individuals with Paraphilias and/or
Sexual Disorders. Invited lecture for the Faculty of Forensic Psychiatry,
Royal College of Psychiatrists, Annual Meeting, Berlin, Germany,
February 3rd, 2011.

98.   Kaplan, M, Krueger, R: Sexual Acting Out in Adolescents: Normative vs.
Pathological Behaviors and Their Management.  Presentation at Grand
Rounds at Queens Children's Psychiatric Center, Bellerose, New York,
October 20th, 2011.

Krueger, Richard-Curriculum Vitae
November 15th, 2017

99.    Sorrentino, Rene, Kafka, M, Krueger, R: The DSM-5 Sexual Disorders:
       Forensic Implications.  Presentation at the Annual Meeting of the
       American Academy of Psychiatry and the Law, Boston, Massachusetts,
       October 24th, 2011.

100.   Lee, Li-Wen, Miraglia, R, Krueger, R: New York State's SVP Law:
       Program Development and Implementation. Presentation at the Annual
       Meeting of the American Academy of Psychiatry and the Law, Boston,
       Massachusetts, October 26th, 2011.

101.   Krueger, R, Kaplan, M: Treatment of Individuals with Paraphilias and/or
       Sexual Disorders.  Presentation at Grand Rounds.  Lincoln Hospital,
       Bronx, New York, December 20th, 2011.

2012

102.   Krueger, R: Paraphilic Diagnoses in DSM-5 and Treatment Update on
       Paraphilic Disorders.  Presentation at Grand Rounds.  Department of
       Psychiatry.  Nassau University Medical Center, East Meadow, New York,
       February 29th, 2012.

103.   Krueger, R: Biological Treatment of Individuals with Paraphilias and/or
       Sexual Disorders.  Keynote address to the 12th Annual Massachusetts
       Department of Mental Health Forensic Service Division's Mentally
       Ill/Problematic Sexual Behavior Program Training conference.  University
       of Massachusetts Hoagland-Pincus Conference Center, Shrewsbury,
       Mass. May 17th, 2012.

104.   Krueger, R, Lee, Grace: The Psychopharmacological Treatment of
       Individuals with Paraphilias and/or Sexual Disorders.  Workshop given at
       the Annual Conference of the New York State Association for the
       Treatment of Sexual Abusers, Hunter, New York.  May 22nd, 2012.

105.   Krueger, R, First, M, Kaplan, M: Forensic Implications of DSM-5.
       Workshop given at the Annual Conference of the New York State
       Association for the Treatment of Sexual Abusers, Hunter, New York.
       May 22nd, 2012.

106.   Krueger, R.  Behavioral Addictions. Conference on the Essentials of
       Addiction given at the Association of the Bar, City of New York, New
       York, New York, June 4th, 2012

107.   Mossberg, M., Ravitz, A, Tatarsky, A, Drager, JL, Bender, S, Alter, E. The
       Essentials of Addictions: A New Understanding for Family Law
       Practitioners, Forensic Experts and the Court.  Conference at the

Association of the Bar, City of New York, New York, New York, September 27th, 2012

108. Krueger, R: The Role of Psychiatric Diagnosis and Treatment in the Management of Individuals Who Have Committed Sexual Crimes. Invited Lecture for Course on Sex Offenders in the Criminal Justice System arranged by the Honorable Barnett Hoffman at John Jay College, New York, New York, October 16th, 2012

109. Krueger, R: Biological Treatment of Individuals with Paraphilias and/or Sexual Disorders. Invited Presentation at the Special Treatment Unit, Avenel, New Jersey, October 17th, 2012

110. Maskel, L, Forestell, M, Singer, M, LeBell, R, Corcoran, J, Krueger, R, Wollert, R, Bradford, J.: Hebephilia: Weed Diagnosis in the Botanical Garden of DSM-5? Mock Trial, 43rd Annual Meeting of the American Academy of Psychiatry and the Law, Montreal, Quebec, Canada, October 25th, 2012.

2013

111. Krueger, R, Kaplan, M: Diagnostic Issues in the Assessment and Treatment of Individuals Convicted of Sexual Offenses and an Update on DSM-5. Grand Rounds, Mid-Hudson Forensic Psychiatric Center, New Hampton, New York, February 5th, 2013

112. Krueger, R: Sex Offender Diagnoses, Treatment, and DSM-5 Update. The National Alliance of Sentencing and Mitigation Specialists (NASAMS), Baltimore, Maryland, March 23rd 2013

113. Krueger, R: Pain and Sadomasochism: Definitions, Epidemiology, Studies, Mechanisms, and Future Directions. Invited Presentation to The Pain Project, University of Glasgow, Department of Philosophy, Glasgow, Scotland, April 6th, 2013

114. Krueger, R: Paraphilic Disorders: Presentation at Meeting on Protocol Development for Field Testing of ICD-11 Sexual Disorders and Sexuality-Related Conditions. Invited presentation and participation in meeting hosted by The World Health Organization for the development of ICD-11. Geneva, Switzerland, April 23rd-25[th], 2013

115. Krueger, R: Paraphilic Disorders in ICD-11. Presentation at the National Transgender Health Summit, San Francisco, California, May 18th, 2013

116. Krueger, R: Sexual Disorders and Sexual Health in the ICD-11: Parallels and Contrasts with DSM-5: Paraphilic Disorders, with Dresher, J, Cohen-Kettenis, Peggy, Cochran, Susan, Giami, Alain, and Reed, Geoffrey.

Krueger, Richard-Curriculum Vitae
November 15th, 2017

Page 32

Symposium at the American Psychiatric Association's Annual Meeting, San Francisco, California, May 21st, 2013

117.  Krueger, R: Pain and Sadomasochism: Definitions, Epidemiology, Studies, Mechanisms, and Future Directions. Invited Presentation to The Pain Project, University of Glasgow, Department of Philosophy, Glasgow, Scotland, June 19th, 2013

118.  Krueger, R, Kaplan, M.: Sex Offender Diagnosis, Treatment, and DSM-5 Updates. Multi-Track Federal Criminal Defense Seminar, Buffalo, New York, August 9th, 2013

119.  Krueger, R: Biological Treatment of Individuals with Paraphilias and Hypersexual Disorders. Grand Rounds, Department of Psychiatry, Jacobi Hospital, Bronx, New York, September 25th, 2013

120.  Krueger, R: The Role of Psychiatric Diagnosis and Treatment in the Management of Individuals Who Have Committed Sexual Crimes. Invited Lecture for Course on Sex Offenders in the Criminal Justice System arranged by the Honorable Barnett Hoffman at John Jay College, New York, New York, October 8th, 2013

121.  Krueger, R: DSM-5 For Article 10 Examiners. Presentation at the New York State Office of Mental Health Forensic Division, Albany, New York, October 18th, 2013

122.  Krueger, R, Kleinplatz, PJ, Silverstein, C: Kinky Sex of Paraphilia? Sexual Disorders in DSM-5, Annual Meeting of the New York State Psychological Association, New York, New York, October 20th, 2013

123.  Lee, Li-Wen, Krueger, Richard, Murphy, Lisa, Knack, Natasha, Maskel, Lynn: Ethical Issues in SVP Treatment: Is There a Right Answer? Presentation at the Annual Meeting of the American Academy of Psychiatry and the Law, San Diego, California, October 25th, 2013

124.  Krueger, Richard, Martinez, Nicolas: The Classification of Sexual Disorders and Sexual Health: Recommendations for ICD-11 and Legal and Policy Issues Related to Proposals for Paraphilic Disorders in WHO's iCD-11. Presentation at the Annual Meeting of the American Academy of Psychiatry and the Law, San Diego, California, October 25th, 2013

125   Kamdang, L, Guevara, V., Krueger, R: Discussion on Child Pornography and People in the Registry. Discussion with the Policy Caucus and Criminal Justice Caucus, Columbia University School of Social Work, New York, New York, November 13th, 2013

Krueger, Richard-Curriculum Vitae
November 15th, 2017

126.   Krueger, R, Kaplan, M: The Case of an Individual Arrested for Child Pornography: The U.S. vs. C.R.  Presentation at the Tri-State American Academy of Psychiatry and the Law's 15th Annual Conference, San Juan, Puerto Rico, December 13th, 2013

2014

127.   Krueger, R: DSM-5 and Sexual Disorders.  Grand Rounds.  Mid-Hudson Forensic Psychiatric Hospital, New Hampton, New York, April 15th, 2014

128.   Krueger, R: Proposed Diagnostic Criteria and Biological Therapies for Compulsive Sexual Behavior Disorder: DSM-5 and ICD-11 Considerations in Symposium by Potenza, M, Erez, G, Levounis, P, Kraus, S, Kafka, M. Hypersexual Behaviors: Diagnostic, Categorical, Gender, Orientation, Psychopathological, and Treatment Considerations. The Annual Meeting of the American Psychiatric Association, New York, New York, May 5th, 2014

129.   Krueger, R: Sexual Health and Sexual Disorders: The Science and Implications of Changing Diagnoses in the ICD.  Presentation for the Columbia University Seminar Series on Global Mental Health, Columbia Mailman School of Public Health, New York, New York, May 12th, 2014

130.   Krueger, R., Reed, G., First, M., Briken, P.: Proposed Paraphilic Disorders for ICD-11.  Poster Presentation at the Fortieth Annual Meeting of the International Academy of Sex Research, Dubrovnik, Croatia, June 26th, 2014

131.   Briken, P., Krueger, R.: Paraphilic Diagnoses in DSM-5 and Proposals for ICD-11—Are There Implications for Sexual Offender Management? Presentation at the 13th Conference of the International Association for the Treatment of Sexual Offenders (IATSO), Porto, Portugal, September 3rd, 2017

132.   Turner, D., Krueger, R., Harrison, K, Briken, P.: Institutional and Legal Prerequisites of Pharmacological Sexual Offender Treatment in the Countries of the European Union and North American. Presentation at the 13th Conference of the International Association for the Treatment of Sexual Offenders (IATSO), Porto, Portugal, September 4th, 2017

2015

133.   Krueger, R.: Biological Treatment of Individuals with Paraphilias and Hypersexual Disorders.  Presentation at the University of Minnesota's Department of Psychiatry and Sexual Health Grand Rounds, Minneapolis, Minnesota, February 18th, 2015

Krueger, Richard-Curriculum Vitae
November 15th, 2017

134.  Krueger, R.: Paraphilic Disorders in DSM-5.  Presentation at the 40th Annual Conference of the Forensic Mental Health Association of California, Monterey, California, March 19th, 2015

135.  Krueger, R.: Paraphilic Disorders in ICD-11.  Presentation at the 40th Annual Conference of the Forensic Mental Health Association of California, Monterey, California, March 19th, 2015

134.  Krueger, R.: The Role of Androgen Reduction Therapy for the Treatment of Individuals Who Have Committed Sexual Offenses.  Presentation at the 40th Annual Conference of the Forensic Mental Health Association of California, Monterey, California, March 19th, 2015

136.  Krueger, R., Reed, G., First, M., Briken, P., Marias, A, Kismodi, E.: Proposed Paraphilic Disorders for ICD-11.  Poster Presentation at the Forty-first Annual Meeting of the International Academy of Sex Research, Toronto, Canada, August 11th, 2015

137.  Krueger, R., Maskel, L., Bradford, J., Zonana, H., Dwyer, G., Wollert, R.: Between a Rock and a Hard Place: Debating Sexual Sadism Diagnoses. Panel at the 46th Annual Meeting of the American Academy of Psychiatry and the Law, Fort Lauderdale, Florida, October 25th, 2015

138.  Krueger, R., Murphy, L, Dwyer, G, Knack, N: Child Pornography Offenders: Definitions, assessment, risk of recidivism, and treatment. Panel at the 46th Annual Meeting of the American Academy of Psychiatry and the Law, Fort Lauderdale, Florida, October 23rd, 2015

**2016**

139.  Krueger, R, Kaplan, M. Weiss, S, Braunstein, L.: The Impact of Sexual Behavior on Custody Evaluations.  Presentation at the Interdisciplinary Forum on Mental Health and Family Law, Phillips-Nizer, New York, New York, April 14th, 2016

140.  Krueger, R, Kaplan, M, Menzie, L, Rzewinski, J, Kaplan, M, Jackson, K, Ford, W.: Program Descriptions on Sex Offender Treatment Panel of Providers.  Presentation before the New York County District Attorney's Office, May 4th, 2016, New York, New York

141.  Krueger, R: Psychopharmacology for Forensic Psychologists.  Lecture at Fairleigh Dickenson University, Teaneck, New Jersey June 15th, 2016

142.  Krueger, R, Briken, P: Proposed Paraphilic Disorders and Impulse Control Disorders for the International Classification of Disease and Related Health Problems Eleventh Revision (ICD-11).  Presentation at the 14th

Krueger, Richard–Curriculum Vitae
November 15th, 2017

Page 35

Biannual Conference of the International Association for the Treatment of Sexual Offenders, Copenhagen, Denmark, September 8th, 2016

143.   Murphy, L, Dwyer, G, Krueger, R, Fedoroff, P: The Scarlet Letter: Public Notification of Sexual Offenders.  Presentation at the Annual Meeting of the American Academy of Psychiatry and the Law, Portland Oregon, October 30th, 2016

144.   Krueger, R, Kaplan, M.  Sexual Masochism and Non-Consenting Victim Case Presentation.  Presentation at the Annual Winter Conference of Tri-State AAPL, Miami, Florida, December 8th, 2016

2017

145.   Krueger, R.  Current Practices for Treating Sexual Offenders. Presentation at a joint meeting of the Council on Psychiatry and the Law and the Committee for Judicial Action of the American Psychiatric Association.  Washington, D.C. September 15th, 2017

146.   Krueger, R., Ser, Jason: Sex Offender Risk Assessment.  Presentation at a conference on Sentencing Strategy Session for Federal Public and Community Defenders, Chicago, Illinois, September 26th, 2017

147.   Krueger, R.  Paraphilic Disorders in ICD-11.  Presentation at the World Congress of Psychiatry, Berlin, German, October 10th, 2017

148.   Candilis, P, Kaempf, A, Kolla, N, Krueger, R.  Truth to Power: Committee Chairs and the Presidential Theme Ethics Committee.  Truth to Power in the Matter of Sexual Offenders.  American Academy of Psychiatry and the Law.  Annual Meeting, Denver, Colorado, October 26th, 2017

149.   Vince, M, Kaplan, M, Krueger, R.  The Adolescent Sexual Offender Program at New York State Psychiatric Institute.  Presentation to the New York County Department of Probation, New York, New York, November 8th, 2017

150.   Krueger, R, Kaplan, M.  The Diagnosis and Treatment of Individuals Who Have Committed Sexual Offenses-Part I-Evaluation.  Presentation at Grand Rounds to the Mid-Hudson Forensic Psychiatric Center, New Hampton, New York, November 14th, 2017

# EXHIBIT CC

Susan Walsh

From:           Magna Czagany [czmagna@gmail.com]
Sent:           Wednesday, November 08, 2017 2:58 AM
To:             Susan Walsh
Subject:        Letter
Attachments:    Letter.txt

Honored Judge,

My name is Ardian Rrukiqi and I am the brother in law of Oliver.

I am 42 years old and married to Oliver's sister Gloria since 1999.  We have a 13 year old daughter.

I was born in Kosovo, but I emigrated already at the young age of 16 to Germany.  As far as my profession, I am the shift supervisor at the well known company by the name of Schaeffler, I supervise 15 people in that capacity.

This year I did some further training as team leader.

I know Oliver for a very long time, unfortunately we don't see each other very often.  I have rarely encountered anybody as nice as Oliver !

This person would never intentionally inflict harm or hurt anybody.
Because of my work I have a lot of experience and knowledge about peoples character and behavior, in this case I am only able to give positive references about Oliver !!

He is a superior family guy, the way he takes care of his daughter is deeply touching.

When he came for a visit last year in August, I had a very long and intensive conversation with him.  You can really talk to him about anything  and everything !

Each time he came for a visit to Germany we would of course spend time together.

In the event that he really did something improper, I am certain that he regrets it deeply and sincerely !

He is not an evil person.

I hope that I will be able to see him very soon, and that I will have a great chat with him again, as always.

I am going to miss that opportunity in his absence.

I hope you will be able to recognize the good human being in Oliver that he really is !  You can only witness the things he has presumably done, but that is not who he is !  Maybe he is not  quite in a good condition emotionally.

Hoping that his sentence and punishment doesn't turn out to be too severe, that kind of a judgement would be dire for his family !

With best regards,

1

Ardian Rrukiqi

# EXHIBIT DD

to "The Honorable Judge Kaplan"                                    Nov. 2 2017

My name is Claude Diallo. I am a Swiss citizen and German is my native language. I came to know Oliver in early 2009 when I graduated from Queens College and started my first job in New York City on my OPT (Optional Practical Training). It was due to Oliver Söhngens help, that I received my first job at the Queens Music School in Flushing, Queens. Oliver used to be a bass teacher and vocal coach at that school. When I walked into the school to ask if it might be possible for me to work there, Oliver happened to be there and was very helpful to assist me with the interview procedures and thanks to his suggestions and recommendations I received my first teaching job in America. Soon we realized that we both speak German and that he is from Konstanz, Germany, while I am from St. Gallen, Switzerland. Technically a 30 min drive from each other. We became more then just work colleagues, we became friends.

The same year, in October 2009, Oliver found out that I was looking for an apartment with my then girlfriend Angela Wang. He was very helpful and told us, that the apartment next door where he lives is becoming vacant and that I should apply for it. I did and we became neighbors since November 2009 until today. I still rent this apartment today and until shortly Oliver was my neighbor. During our time as neighbors we had a very good relationship and I felt, that this apartment building in which we lived had a special charm due to Oliver's family's presence. His life partner Amanda with their ███████ and their son Aaron soon became friends of ours and it was nice to have them around in the building as they added some spice to the neighborhood. They were special. Not usual people, but special to the community.

Funnily Oliver then opened his own school the L.I.C Music Academy and I was running a couple of after school programs run by the Piano School of New York City. I hired Oliver as a teacher for this school and he did an excellent job with the kids of ages between 3 - 9 years old. The goal was to teach group piano classes and Oliver worked for this company between 2009 until 2011. Meanwhile, Oliver hired me to work for his own school. During that time (2009 - 2011), I could not assert any special issues or problems with Oliver and felt that he was a normal human being doing what he knows best and trying to help other people by sharing his knowledge of music and live a normal life.

I kindly ask you to review your sentence and give Mr. Söhngen a second chance and to be able to get back to normal life after the possibility to have been treated by specialists that could help him, rather then destroy him. Thank you for your time and efforts for reading this letter. The people that knew Oliver before he committed his crime would be thankful about your reconsideration and final decision. This crime needs to be punished, no doubt, but where there is hope, there should be mercy.

Best Wishes Claude Diallo