USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
OLIVER SOHNGEN,

                Petitioner,

      -against-                         17-cr-0500 (LAK)

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------x

*Copies mailed to Petitioner*
*Chambers of Judge Kaplan*

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On June 4, 2024, the Court received Petitioner's *pro se* motion for compassionate release.[1] The government shall respond by July 8, 2024.

        SO ORDERED.

Dated:     June 12, 2024

                                                    Lewis A. Kaplan
                                            United States District Judge

---

[1] Dkt 25.